ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

JUL 24 2017

DAVID CREWS, CLERK

BY _____ Deputy

6-14-2017

**Timothy Nelson Evans**
_____
Plaintiff

v.

CASE NO. 4:17CV106-DMB-RP

_____

Clerk has to do's

**Angela Brown Et, Al.**
**Private Contractor** Defendant

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: **Timothy Nelson Evans**

   B. Name under which sentenced: **SAME**

   C. Inmate identification number: **100345**

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): **29 J-A-16 Parchman, Ms. 38738**

   E. Place of confinement: **MSP**

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: **① Nur, Angela Brown**

   Title (Superintendent, Sheriff, etc.): **CNP,**

   Defendant's mailing address (street or post office box number, city, state, ZIP): **42 Bldg. Hospitol Parchman, Ms. 38738 Private Contractor**

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                          PAGE 2

Name: 2) Freddie Williams (PROEFFESSIONAL

Title (Superintendent, Sheriff, etc.): LPN. Personel C.APACITY)

Defendant's mailing address (street or post office box number, city, state, ZIP) #42 Hospitol Parchman, Ms. 38738

Name: 3) JUAN SANTOS

Title (Superintendent, Sheriff, etc.): DOCTOR UNIT 29: personell/PROFFE CAPACITY

Defendant's mailing address (street or post office box number, city, state, ZIP) #42 Hospitol Parchman, Ms. 38738

Name: 4) Vickie Thomas (PROFFESSIONAL &

Title (Superintendent, Sheriff, etc.): NURSE Supervisor personel CAPACITY)

Defendant's mailing address (street or post office box number, city, state, ZIP) 42-Hospitol Parchman, Ms. 38738

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, See 2 (A) and address information for each. Clearly label each additional sheet as being a continuation of 2 (B) Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☒ Yes    ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

   Plaintiff(s): Timothy L. Evans

   Defendant(s): vs CNP. ANGela Brown.

B. Court: 5th U.S.     C. Docket No.: 415CV00072 DMB-JMV.

D. Judge's Name: Debra Brown     E. Date suit filed: 6-6-2015

F. Date decided # Continuence 4-3-2016     G. Result (affirmed, reversed, etc.): NOT DONE —

5. Is there a prisoner grievance procedure or system in the place of your confinement?  ☒ Yes    ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).  ☒ Yes    ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

Name: Willie Knighton

(5) Title: Medical Direction

Defendants: 42 Hospital

Address: Parchman, Ms. 38738

PERSONAL & PROFFESSIONAL CAPACITY
PRIVATE CONTRACTOR

(6) A. Davis

LPN - pharmacy, Med-Pass

Bldg. 42 Hosp.

Parchman, Ms. 38738

PERSONAL & PROFFESSIONAL CAPACITY
PRIVATE CONTRACTOR

(7) Name Vickie Thomas

Title Nurse Supervisor

Bldg. 42 Hospital

Parchman, Ms. 38738

PERSONAL & PROFFESSIONAL CAPACITY
CENTURION OF MISSISSIPPI

(8) Centurion of Mississippi

Medical Contractor

Bldg. 42 ie, Hospital

Parchman, Ms. 38738

PROFFESSIONAL Medical CONTRACTOR
PRIVATE CONTRACTOR

(9) ~~~~~ — Taylor

L.P.N. Med-Pass

42 Bldg. Hospital

Parchman, Ms. 38738

PROFFESSIONAL CAPACITY
& PERSONAL CAPACITY
PRIVATE CONTRACTOR

(10) Cliff Johnson

Attorney

McArthur Justice Center

Jackson, Ms. 39225

PERSONAL & PROFFESSIONAL CAPACITY

(11)

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☑ Yes  ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☑ Yes  ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

✱ MSP-15-2000: 1ST STOP 07-1-15: 2ndSTEP 9-1-16 NP.A.BROWN, DR.W. BARR
CLAIM RETALIATION, HOSPITALIZED DUE TO REFUSAL TO TREAT 2 STOMACH Conditions
DIGITIAL records show records FOR ULCERS in NP. Brown personal possession ✱
continue ABUSE-ongoing NOW. see

✱ MSP-15-2177-ABUSE OF NP.Brown ✱ LPN. Williams - Santos-Refusal TO Biopsy
Head, Face 12-1-15 TO 2-26/16 - Denied

MSP-15-1791- 9-4-15/10-22-15/ Refused BY Security FOR Medical Call-outs.
DIGITIAL Med. records NO. 981, 982,983, 984, 985, 987, 988 ✱ 980-979
were Beginning of ✱ Continued Retaliation - Harris ✱ Lee Davis it Happened, yet
Documents provided show Lieing pg. 386-388 show Security Refused TO Bring.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

1) ON each Grievance ABOVE 1ST ✱ 2nd Step Done ✱ ON Completely Refused yet
2) ON each Time, There own Records (MEDICAL-provided with 1983) 4-13-2017
3) ON 10-7-2016 A.R.P. MSP-16-1998- Regarding RETALIATION-REFUSALS TO
Biopsy Call out By MDOC Refused- B. Pennington ✱ sent TO EVANS-"Requested
relief is Beyond The Power OF A.R.P. TO GRANT." Further included were
Grievance System was UNABLE TO Answer Because Security ✱ Medical Doing TOGETHER
Because of 1983 June 2015 -Discrimination TO All White Inmates Death ROW
4) THIS RETALIATION HAS CAUSED INMATE TO BE TORTURED-see Emails provided WITH
1983-THAT show ATTORNEY STEINER repeatedly had TO Address ABUSE ongoing From
7-2014 TO 2-1-2017 Stemming From original Grievance - Corruption CHRISTOPHER
EPPS ie ARREST Nov. 2014 '49 Count Inditement.
5) ON 11-17-2016-AFTER Court Ordered Response DOC #207-4:15cv2.
DR. Kuiper Removed 1 CANCER SQUAMOUS cell CARCINOMA 2-16-201:
Removed 1 Biopsy result @ Squamous Cell Carnoma - yet NP. Brown
ordered 1 oz. of Cancer meds FOR 35 Lesions That is so OBVIOUS ENTIRE
FACE COVERED-HEAD - EARS - ARMS ✱ Hands (Top).

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.  If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

NOT Applicable

9.  Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

MSP-15-741-Ulcer, canceling stomach-Esophacol① Gerd & All Medications
Sept. 2013-Sic call, included No.____, shows NP Brown Knowingly Refuse to Treat & Also
worked with Security by cover up of Abusive practice, discriminate towards inmate
Based on his color, Due to Security N. Harris, C. Lofton, Blair, Phillips, running sic Bay clinic
& Knowingly Targoting, refusing Medication Refills, yet signing Documents stating opposite
intentionally, Retaliating against inmate Because They Knew (security & medical staff)
I had gotten All White men to get together, statements, Affidavits tell of Sadistic,
Tortuous Actions Against All men (white) on Death Row. The LPN's Nurses Davis
comes to zone 2 times a day, each visit, she could clearly see I was in distress several
Times & yet Failed to Notify Medical staff-Furthering Tortuous Acts, causing inmate
to Lose 41 lbs. 1 Time, were from April 14 to May 17th 2015- inmate Throw up All meals
Last week Throwing up blood -were the Co Lofton made Tours with Nurse Davis, to keep
up Tortuous Act ongoing -with N. Harris, (T. Jackson, May Laflore) wrote Refusal for a
session that I didn't Sign up For & I had dismissed her because she came to Bldg-29
every Wed. or Thursday to Do wellness check Failed to Do, Blair would do rounds & put
down everyone Fine. Exactly opposite, inmate was losing weight Fast, Throwing up
Food, All 3 meals a day because Prilocec canceled Knowingly by Freddie Williams
NP. Brown, LPN Davis -There Are other Nurses, they were named in 1ST, 1983
& Quit, P.L.R.A. prose LITIGANTS CAN'T Get U.S. Marshals to chase people

¶9. MSP-15-1791-9-4-15 Retaliation From Security For Filing 1983 against medical VP Brown, (Lamar) Williams, Dr. P. Madabuabe, Norma (Evans): circled Filed prison, day served with papers, by U.S. marshals after they refused thru the mail. N. Harris wrote 1st step—Denying that no refusal of call out, yet on page: Digital Medical File page 386 & 388 both physical therapy—per Haley Drew on 386 & 388 endorse, plus in 2016 Sept. 4th, security Lofton & Blair, 9-14-2014 Lofton Blair only 2 officers on A zone both days—there are 2 officers for each side. That is why I can say—because of set schedule, then Nov. 2nd, 2016, Tracy Jackson Morton—working in A zone refused again—this was a call out for Biopsy # to assess my back, X-ray-radiologist report reading—Lofton & Blair were CO-4-working that day—the disclosure will prove they sign check in log sheet both July 23 & 30th 2016 & subsequently, exhibit #1 8-also 981-988, are proof MDOC. refused medical call out for serious medical need, cancer biopsy, see page digital 722 contained in MSP-15-2177-(R6) A.R.P. 1st step about retaliation—canceling medication always canceled—Boswell pharmacy report will show how From 7/14/94 till now MDOC & medical have canceled medication & medical care due to wet cell papers that Evans Filed—7-14-14 & exposed corruption of contractors & MDOC Harris who always signed off—on repairs for $600,000.00 Roof, that leaked until 2016—leaked worse after "new" Roof put on summer 2013.

* MSP-15-2177-Skin Cancer—At Spears Hearing—Magistrate can visibly see how bad skin cancer is so obvious—yet medical staff continues to allow—Vickie Thomas & Medical Director recognize in E-mails—were repeat failures to provide medical care & direct staff not to violate medical private contract fraud very obvious, plus the ongoing abuse now has it were LPN. Davis will not bring cancer meds. Instead retaliating staff From 9-04-2016 till 4-11-2017—I have been denied call outs & also need medical report By disclose From 9-1-2016 till 5-1-2017 internal & external reports included—Lab tests—ie blood work up-Biopsy 2-16-17. I have yet to see report—Dr. Rafique request Biopsy on 3/20/2017 For basal test, at cancer center of Greenwood & now I have to wait to see if Dr. Rafique will remove—these lesions are bigger than a quarter b.I fear that now MDOC is again retaliating by canceling call out to cancer center like they did all those refusal. I have enclosed with 1st & 2nd step Grievance & I have exhausted all avenues inside prison, plus even Filed "Emergency Grievance & no answer. I asked For Video Cam For Nurses Making Rounds & Email

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                    PAGE 5

B INSTEAD OF FOLLOWING PROTOCOL - MDOC - WROTE 6 REFUSALS
E-MAIL ENCLOSED FROM 8-14-2014 TILL FEB 2017 ABOUT ALL
AVENUES OF RETALIATION, MAIL - MEDICAL - MEDICATION.

10.    State briefly exactly what you want the court to do for you. Do not make legal arguments. Do
       not cite legal authority.

① ORDER VIDEO CAM OF ALL NURSES IN 29 J-AM, PM MED PASS & THURSDAY CLINIC.
② CHANGE CARE PROVIDER N.P. BROWN, LPN WILLIAMS & LPN DAVIS TO
ANOTHER UNIT, TO STOP ENTERING UNIT 29.
③ ORDER MDOC TO DISCLOSE TO COURT ONLY NEXT GREENWOOD CANCER
CENTER VISIT = DUE TO RETALIATION
④ GET COMPLETE ASSESSMENT & REMOVE 4 BIG SKIN CANCER LESIONS THAT
ARE DAGEROUSLY HUGE - NEED DR. RAFININE TO REMOVE - MDOC IS STALLING
BECAUSE OF STANDARD ABUSE - DENIAL - NEEDED SERIOUS TREATMENT.
⑤ VIDEO CAM ALL REFUSALS AT DEATH ROW CONCERNING TIMOTHY N. EVANS
⑥ N.P. JOHNSON, WHO HAS STARTED CHRONIC CARE, N.P. BROWN CANCEL ALL 3/20/17
IS CAPABLE OF GETTING JOB DONE. ATTEMPTED TO, ORDER HER CAREPROVIDER.
⑦ PROFILE PUT IN BOTTOM TIER, BOTTOM BUNK MEDICAL CLASS (5) PROFILE ERASED
BY RETALIATION - TO CONTINUE ABUSE & FALSE CLAIMS BY DEFENDANTS.
⑧ BOSWELL PHARMACY CHRONILOGICAL LISTING OF IBUPROFEN, PRILOSEC &
FLUOROURACIL FROM BEGINING 3/7/2015 TO NOW - PHARMACY HAS RECORDS
B SO DOES MDOC MEDICAL RECORD PHARMACY LISTING AT PARCHMAN.
⑨ GET INMATE CANE & LIFTING BELT.
⑩ PAY ALL COSTS INVOLVED, & A REPORT OF CENTURION OF MS. BE PREPARED.

This Complaint was executed at (location):     MSP - P.O. BOX 1057 - PARCHMAN, MS, 38738

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 4-13-2017                    Timothy N. Evans
                                   Plaintiff's Signature

AFFIDAVIT

PRIVACY ACT, 18 U.S.C. 2510-2521.                    #028

I, Timothy Nelson Evans, #100345, DO HEREBY give AUTHORIZATION, Fully UNDERSTANDING THE PURPOSE SUBJECT, CONCERNING MEDICAL REQUESTING. ALison Steiner is my Capitol DEFENSE Attorney, AS SUCH, AS STATED IN LETTERS CONTAINED IN exhibits WERE ATTORNEY Steiner SENT E-MAILS

1) THIS, THE E-MAILS IS INTENDED FOR USE OF INDIVIDUALS NAMED IN E-MAILS, AS SUCH IT is WITHIN CONFIDENTIAL PRIVACY ACT TO DISSEMINATE, UTILIZE & I WAS B is THE INTENDED RECIPIENT, SUBJECT NAMED.

3) I, Timothy N. Evans, authorize the copies to be made, For the PURPOSE OF CIVIL ACTION: Timothy N. EVANS V. Dr. JUAN SANTOS: 4:15CV72-DMB-JMV. June 9th, 2015 Will Be EXHIBITS TO Verify THE Following CIVIL RIGHTS 1983, 1985(3), 1997(A-iii), 1st, 8th & 14th U.S.C.A. Title 42, CHAPTER 21, 1996(A-iii)(Civil Rights Acts.

Sworn to the Notary listed on 7-2 2015
State of Mississippi
COUNTY. Sunflower
com. exp. 2-26-2016
Time 10:30 AM.

_Timothy Evans_
Timothy Nelson EVANS-SIGNATURE

_Kathy M. McIntyre_
NOTARY SIGNATURE

ID # 72787
KATHRYN M. McINTYRE
My Commission Expires
Feb. 26, 2016



ARP-2

001

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

NUMBER  _MSP_ - _15_ - _2177_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Timothy Evans    100345_    _29 J_

Inmate's Name and DOC#    Housing Unit

FROM: _William Barr_    _MD/11-42_

Person to whom 1st Step is Directed    Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_I have reviewed your chart and you have been in good care during the last 2 years with 3 sts of x rays and numerous labs. Nurse Brown, CNP, is very good at what to biopsy and what to leave alone, but if you want an additional opinion, tell me and I 11-42 when I am there._

Signature _William ___ Barr_    Date _12/1/15_

(✓) I am not satisfied with this response and wish to proceed to Step Two.
REASON:

_1st, The pharmacy report will substantiate abuse, 2nd my attorney, MDOC attorney Jim Norris thru email's have had to get Chronic care restarted that NP Brown cancelled, that digital records stated I was & I am Chronic care yet NP Brown controls._

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_Timothy V. Evans_    _12-17-2015_

Inmate's Signature    DOC#    Date

Inmate's - COPY



# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### MSP-15-2177
### SECOND STEP RESPONSE FORM

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #:  **Timothy Evans#100345**
        Unit: **29J**

FROM:        **William Barr**
Title:         **Medical Director**

---

I have reviewed your records and I cannot find where you ever saw me personally about any ear problem that you have noted.

_____        _____
          Signature                                           Date

---

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_____      2-26-2016
Inmate's Signature                DOC #                          Date

*QXHIBIT FOR 4:15cv 72 OMB-JMV, Amended 12-14-16* 003

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*December 5, 2016*
Page 722
Chart Document

**TIMOTHY NELSON EVANS**
  59 Years Old  Male  DOB: 03/21/1957  **RACE:** Caucasian  **SEC LEV:** DR  **LOC:** C  **MED CL:** 4
**Housing Loc:** MSP, UNIT 29, BLD J, ZONE A, BED 0016

**MDOC #:** 100345

**11/17/2016 - Append: Prostate & hard to urinate**
**Provider:** Angela Brown APN-BC
**Location of Care:** Mississippi State Penitentiary

11/2016 : PSA, CBC and U/A normal; explained results to pt

**Electronically Signed by Angela Brown, APN-BC on 11/17/2016 at 5:25 PM**

---

**11/17/2016 - Pathology Report: SKIN BIOPSY, (1 JAR)** ~~Test~~ *Test By who & were*
**Provider:** Hendrik K Kuiper MD
**Location of Care:** Mississippi State Penitentiary

```
Patient: TIMOTHY  EVANS
ID: BIOR 100345
Note: All result statuses are Final unless otherwise noted.

Tests: (1) SKIN BIOPSY, (1 JAR) (5602-8)                                  *1
   SKIN BIOPSY        [A]   MALIGNANT
                          .. DERMATOPATHOLOGY REPORT ..


       PATIENT ID:
          100345

       SPECIMEN SOURCE:
          Scalp

       CLINICAL DATA:
          Provided diagnosis code: B99.9

       SAMPLE:
          A. SCALP, BIOPSY

       DIAGNOSIS:
          A. SQUAMOUS CELL CARCINOMA IN SITU, MARGIN IS FREE OF LESION.

       GROSS DESCRIPTION:
          A. RECEIVED IN FORMALIN AND LABELED WITH PATIENT
             IDENTIFICATION, CONSISTS OF A TAN UNORIENTED SKIN WITH
             ATTACHED SUBCUTANEOUS TISSUE MEASURING 1.2 X 0.8 X 0.2 CM. A
             HYPERPIGMENTED LESION IS PRESENT, MEASURING 0.5 X 0.5 CM.
             THE MARGINS ARE INKED BLACK. THE SPECIMEN IS SERIALLY
             SECTIONED FROM TIP TO TIP AND ENTIRELY SUBMITTED IN TWO
             CASSETTES.  THE TIPS ARE SUBMITTED IN CASSETTE #1.
```

Report run by Linda Lewis

*exHiBiT For W:15 cv 72 DMB-JMV amended 12-14-16*

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

December 5, 2016
Page 723
Chart Document

**TIMOTHY NELSON EVANS**
  59 Years Old  Male  DOB: 03/21/1957  RACE: Caucasian   SEC LEV: DR   LOC: C   MED CL: 4
**Housing Loc: MSP, UNIT 29, BLD J, ZONE A, BED 0016**

MDOC #: 100345

```
          YONG MING LI, M.D., PH.D.

          BOARD CERTIFIED DERMATOPATHOLOGIST
          This report was electronically signed.


              FINAL REPORT

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 11/21/2016 11:05 PM
_____

(1) Order result status: Final
Collection or observation date-time: 11/17/2016 12:50
Requested date-time: 11/17/2016 12:50
Receipt date-time: 11/18/2016 01:55
Reported date-time: 11/21/2016 21:31
Referring Physician:
Ordering Physician: HENDRIK KUIPER (hkuiper)
Specimen Source:
Source: BIOR
Filler Order Number: 650060945
Lab site: BioReference Laboratories, Inc.
Producer ID *1:NJ1
```

**Electronically Signed by Hendrik K Kuiper MD on 11/22/2016 at 10:48 AM**

**11/20/2016 - Nurse SCR Progress Note: mult complaints   reschedule due to escort**
**Provider: Beth Burchfield RN**
**Location of Care: Mississippi State Penitentiary**

**Nurse Sick Call**
**Referral Source:** Inmate
**Nurse Sick Call Chief Complaint:** mult complaints
**Date SCR Completed by Inmate:** 11/18/2016
**SCR Date Received:** 11/19/2016
**Date SCR Triaged:** 11/19/2016
**Date Seen:** 11/19/2016
**Vital Signs**

**Comments:** Father died cancer
No past medical history

**Assessment**
**Updated Allergies:**
Report run by Linda Lewis

exHiBiT For 4:15 cv 72 DmB — Jmv. Amended 12-14-16

009

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600 Fax:

December 5, 2016
Page 727
Chart Document

**TIMOTHY NELSON EVANS**
   59 Years Old  Male  DOB: 03/21/1957   RACE: Caucasian   SEC LEV: DR   LOC: C   MED CL: 4
Housing Loc: MSP, UNIT 29, BLD J, ZONE A, BED 0016

MDOC #: 100345

**Placement**
 General Population

**Vital Signs**

**Visual Acuity - Distance**

**Visual Acuity - Near**

Electronically Signed by Beth Burchfield RN on 11/22/2016 at 3:48 PM

**11/23/2016 - Provider Sick Call: biopsy results, want pneumshotrefillRESCHEDULE TO TRANSPORTATION**
**Provider: Jalissa Smith, CNA**
**Location of Care: Mississippi State Penitentiary**

**Dr. Sick Call**
**Referral Source: Nurse**
**Chief Complaint: f/u biopsy results, want pneumo shot, refill**
**Date SCR Completed by Inmate: 11/18/2016**
**SCR Date Received: 11/19/2016**
**Date SCR Triaged: 11/19/2016**
**Date Seen: 11/23/2016**
**Vital Signs**

**Comments regarding family history:** Father died cancer
 No past medical history
**Review of Systems**

**Interdisciplinary Progress Note**

Other: RESCHEDULE DUE TO TRANSPORTATION

**Vital Signs**

**Visual Acuity - Distance**

**Visual Acuity - Near**

Report run by Linda Lewis

EVANS 92



Ex HiBiT For 4:15cv72 DMB-JMV Amended 12-14-16

O/O

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*December 5, 2016*
Page 729
Chart Document

**TIMOTHY NELSON EVANS**
    59 Years Old  Male  DOB: 03/21/1957   RACE: Caucasian   SEC LEV: DR   LOC: C   MED CL: 4
Housing Loc: MSP, UNIT 29, BLD J, ZONE A, BED 0016

MDOC #: 100345

**Vital Signs**

**Visual Acuity - Distance**

**Visual Acuity - Near**

Electronically Signed by Broderick Brown on 11/23/2016 at 12:48 PM

**11/25/2016 - Nurse Sick Call FOLLOW UP: SC Nurse F/U,  remove head sutures    RESCHEDULED DUE TO ESCORT**
**Provider: Beth Burchfield RN**
**Location of Care: Unit 42 Medical**

**Nurse Sick Call FOLLOW UP**
**Nurse Sick Call Chief Complaint:** remove head sutures
**Date of Last Visit**
11/23/2016
**Date Seen:** 11/25/2016
**Vital Signs**
**Height:** 71

Assessment
**Updated Allergies:**
* ZANTAC AND CODEIN (Critical)

? of ANXIETY (ICD-300.00)
* ? of MANIA
* Hx of BLEEDING ULCER PER PT
* VARICOSE VEINS
* ARTHRITIS 2015
* CHRONIC LUMBAGO
* T12 COMPRESSION FRACTURE, MILD, REMOTE, WITH DJD CHANGES
* FACET ARTHROPATHY L3-S1
* SPONDYLOLISTHESIS L5-S1
HYPERLIPIDEMIA (ICD-272.4)
PSORIASIS (ICD-696.1)
HYPERTENSION (ICD-401.1)
MAJOR DEPRESSIVE DISORDER, RECURRENT, IN PARTIAL REMISSION ( (DS4-296.35)
* Hx of GERD
* Hx of ESOPHAGEAL VARICES
* Hx of PSORIASIS OF SCALP
Report run by Linda Lewis

EVANS 94

EXHIBIT FOR 4:15 CV72 DMB-JMV. Amended 12-14-16

011

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

December 5, 2016
Page 730
Chart Document

**TIMOTHY NELSON EVANS**
    59 Years Old  Male  DOB: 03/21/1957   RACE: Caucasian    SEC LEV: DR   LOC: C   MED CL: 4
Housing Loc: MSP, UNIT 29, BLD J, ZONE A, BED 0016

MDOC #: 100345

HEPATITIS C (ICD-070.51)
ALCOHOL ABUSE (AXIS I) (DS4-305.00)

Electronically Signed by Beth Burchfield RN on 11/25/2016 at 12:10 PM

**11/26/2016 - Nurse Sick Call FOLLOW UP: SC Nurse F/U----SUTURES-Rescheduled due to security**
**Provider: Juanita Thomas**
Location of Care: Mississippi State Penitentiary

Reshceduled due to security

**Nurse Sick Call FOLLOW UP**
**Nurse Sick Call Chief Complaint: SUTURES**
**Date of Last Visit**
11/25/2016
**Date Seen: 11/26/2016**
**Vital Signs**
**Height: 71**

**Assessment**
**Updated Allergies:**
* ZANTAC AND CODEIN (Critical)


? of ANXIETY (ICD-300.00)
* ? of MANIA
* Hx of BLEEDING ULCER PER PT
* VARICOSE VEINS
* ARTHRITIS 2015
* CHRONIC LUMBAGO
* T12 COMPRESSION FRACTURE, MILD, REMOTE, WITH DJD CHANGES
* FACET ARTHROPATHY L3-S1
* SPONDYLOLISTHESIS L5-S1
HYPERLIPIDEMIA (ICD-272.4)
PSORIASIS (ICD-696.1)
HYPERTENSION (ICD-401.1)
MAJOR DEPRESSIVE DISORDER, RECURRENT, IN PARTIAL REMISSION ( (DS4-296.35)
* Hx of GERD
* Hx of ESOPHAGEAL VARICES
* Hx of PSORIASIS OF SCALP
HEPATITIS C (ICD-070.51)
ALCOHOL ABUSE (AXIS I) (DS4-305.00)


Report run by Linda Lewis

EVANS 95



**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

December 5, 2016
Page 724
Chart Document

**TIMOTHY NELSON EVANS**
      **59 Years Old  Male  DOB:** 03/21/1957  **RACE:** Caucasian  **SEC LEV:** DR  **LOC:** C  **MED CL:** 4
**Housing Loc:** MSP, UNIT 29, BLD J, ZONE A, BED 0016

                                                             **MDOC #:** 100345

* ZANTAC AND CODEIN (Critical)


? of ANXIETY (ICD-300.00)
* ? of MANIA
* Hx of BLEEDING ULCER PER PT
* VARICOSE VEINS
* ARTHRITIS 2015
* CHRONIC LUMBAGO
* T12 COMPRESSION FRACTURE, MILD, REMOTE, WITH DJD CHANGES
* FACET ARTHROPATHY L3-S1
* SPONDYLOLISTHESIS L5-S1
HYPERLIPIDEMIA (ICD-272.4)
PSORIASIS (ICD-696.1)
HYPERTENSION (ICD-401.1)
MAJOR DEPRESSIVE DISORDER, RECURRENT, IN PARTIAL REMISSION ( (DS4-296.35)
* Hx of GERD
* Hx of ESOPHAGEAL VARICES
* Hx of PSORIASIS OF SCALP
HEPATITIS C (ICD-070.51)
ALCOHOL ABUSE (AXIS I) (DS4-305.00)


**Vital Signs**

**Visual Acuity - Distance**

**Visual Acuity - Near**


Electronically Signed by Beth Burchfield RN on 11/20/2016 at 4:30 PM


**11/21/2016 - Nurse SCR Progress Note: multi complaint--RESCHEDULED, due to escort**
**Provider:** Juanita Thomas
**Location of Care:** Mississippi State Penitentiary


**Nurse Sick Call**
**Referral Source:** Inmate
**Nurse Sick Call Chief Complaint:** multi complaint
**Date SCR Completed by Inmate:** 11/18/2016
**SCR Date Received:** 11/21/2016
**Date SCR Triaged:** 11/21/2016
**Date Seen:** 11/21/2016

Report run by Linda Lewis



**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*December 5, 2016*
Page 654
Chart Document

**TIMOTHY NELSON EVANS**
    59 Years Old  Male  DOB: 03/21/1957   RACE: Caucasian   SEC LEV: DR   LOC: C   MED CL: 4
Housing Loc: MSP, UNIT 29, BLD J, ZONE A, BED 0016

MDOC #: 100345

Temperature: 98.2 degrees  F (oral)
Pulse rate: 91
Pulse rhythm: regular
Respirations: 18
Vitals Entered by: Juan Santos MD, September  8, 2016 3:55 PM
Blood Pressure: 120/70 mm Hg

## Visual Acuity - Distance

## Visual Acuity - Near

Electronically Signed by Juan Santos MD on 09/08/2016 at 4:05 PM

---

**09/13/2016 - Orders: meds**
**Provider: Angela Brown APN-BC**
**Location of Care: MSP Unit 29**

## Orders

**Medications:**
Added new medication of IBUPROFEN 400 MG TABS (IBUPROFEN) One to Two tablets by mouth three times
daily with food as needed - Signed
Rx of IBUPROFEN 400 MG TABS (IBUPROFEN) One to Two tablets by mouth three times daily with food as
needed;  #180 x 0;  Signed;  Entered by: Angela Brown, APN-BC;  Authorized by: Angela Brown, APN-BC;
Method used: Faxed to Boswell Pharmacy Services, 131 Schoolhouse Road, Jennerstown, PA  15547, Ph: , Fax:
866-629-7644

Electronically Signed by Angela Brown, APN-BC on 09/13/2016 at 2:32 AM

**09/14/2016 - Nurse SCR Progress Note: mult complaints--rescheduled due to escort**
**Provider: Beth Burchfield RN**
**Location of Care: Mississippi State Penitentiary**

## Nurse Sick Call
**Referral Source:** Inmate
**Nurse Sick Call Chief Complaint:** mult complaints--rescheduled due to escort

Report run by Linda Lewis

EVANS 19

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600 Fax:

December 5, 2016
Page 700
Chart Document

**TIMOTHY NELSON EVANS**
    59 Years Old  Male  DOB: 03/21/1957  RACE: Caucasian   SEC LEV: DR   LOC: C   MED CL: 4
Housing Loc: MSP, UNIT 29, BLD J, ZONE A, BED 0016

MDOC #: 100345

Signed before import by Gail R Williams MD
Filed automatically on 11/18/2016 at 3:02 PM

---

**10/31/2016 - Medical Segregation: Medical Segregation**
Provider: Nina Waltzer NP
Location of Care: Mississippi State Penitentiary
This document contains external references

**Medical Segregation**

*Imported By: Cynthia Benford-Med Records 11/17/2016 1:13:09 PM*

---

```
External Attachment:

    Type:      Image
    Comment:   External Document
```

Signed before import by Nina Waltzer NP
Filed automatically on 11/17/2016 at 2:00 PM

---

**11/02/2016 - Nurse SCR Progress Note: Med refill, Back painReschedule due to escort**
Provider: Shelier D Grady EMT
Location of Care: Mississippi State Penitentiary

**Nurse Sick Call**
Referral Source: Inmate
Nurse Sick Call Chief Complaint: Med refill, Back pain
Date SCR Completed by Inmate: 10/31/2016
SCR Date Received: 11/01/2016
Date SCR Triaged: 11/02/2016
Date Seen: 11/02/2016
**Vital Signs**

Comments: Father died cancer
 No past medical history

Assessment
Updated Allergies:

Report run by Linda Lewis

CASE NO. 4:15 cv 43 DPJ JMV
EVANS V. SANTOS ET AL

EXHIBIT #0122.2

ARP-2

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

E 1

NUMBER MSP - 15 - 741

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: Timothy Evans # 100345

Inmate's Name and DOC#

29 J

Housing Unit

FROM: Dr. Paul M.

Person to whom 1st Step is Directed

Medical

Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

13

Nurse, Practitioner Brown reinforced to you that she would need medical records regarding bleeding ulcers first before she can send you to a specialist because records are going to be requested.

Signature

Date 6/30/15

(X) I am not satisfied with this response and wish to proceed to Step Two.
REASON:

Attorney Steiner, sent records here to show Chronic Care Authenticated, Certified, MDOC Medical records, NP Brown refused them on purpose, they were good for Dr. R. Meachum, yet not NP Brown

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

Timothy M. Evans 100345

Inmate's Signature          DOC#

7-12-2015

Date

Inmate's  COPY

CASE NO 4:15CV72 DMB-JMV    EXHIBIT # 0660.2

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*September 1, 2015*
Page 359
Chart Document

**TIMOTHY NELSON EVANS**
    **58 Years Old  Male  DOB:** 03/21/1957   **RACE:** Caucasian   **SEC LEV:** DR   **LOC:** C   **MED CL:** 4
**Housing Loc:** MSP, UNIT 29, BLD J, ZONE A, BED 0030

**MDOC #:** 100345

*Imported By: Cynthia Benford 6/11/2015 10:56:13 AM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Angela Brown, APN-BC**
**Filed automatically on 06/11/2015 at 11:00 AM**

---

**06/15/2015 - Append: Release of Iinfromation Highland Comm. Hosp. Ulcer**
**Provider: Angela Brown, APN-BC**
**Location of Care: Mississippi State Penitentiary**

pt does not have scleroderma

**Electronically Signed by Angela Brown, APN-BC on 06/15/2015 at 8:17 PM**

---

**06/11/2015 - Chronic Care: HTN/ Lipids , Hep-C , GERD. SCR : Psoriasis , lab result**
**Provider: Angela Brown, APN-BC**
**Location of Care: Mississippi State Penitentiary**

## *SUBJECTIVE*

**Nursing Assessment for Chronic Care Clinics**
**Vital Signs**
**Height:** 71
**Weight:** 175
**Temperature:** 97.2
**Temperature site:** oral
**Pulse rate:** 68
**Pulse rhythm:** regular
**Respirations:** 18
**Blood Pressure:** 142 / 80 mm Hg
  **Year quit smoking:** April 2012
**Smoking pack-years:** 1 pack daily
**Alcohol Consumption:** Yes
Report run by Hope Davis

CASE NO.

exHiBits # 0122.1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## MSP-15-741
## SECOND STEP RESPONSE FORM

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #: **Timothy Evans #100345**
Unit: **29J**

FROM: **Paul Madubuonwu**
Title: **Medical Director**

You were seen by a specialist on April 27, 2015 for Esophagus Endoscopy/Ligation due to chronic heartburns. A specialty consult has also been submitted regarding stomach problems. You have also been checked by a medical provider for different things due to supposedly having signs of bleeding. You also have been seen weekly for different medical problems as well. Until you can provide records justifying that you have been diagnosed with bleeding ulcers, the medical provider will not be able to send you to a specialist because records are going to be requested.

_____     9-1-2015
Signature                            Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

Timothy N. Evans 100345      9-8-2015
Inmate's Signature      DOC #      Date

case no. 4:15cv72 DMB-JMV
EXHIBIT # 00754

019



**BOSWELL** PHARMACY SERVICES, LLC  DEA# BB5804542
131 Schoolhouse Road, Jennerstown, PA 15547 • 1-888-688-3288

Rx# 61463161-2      8/3/2015    08/09/16  BROWN, A
29J    EVANS, TIMOTHY    100345
TAKE 1 CAPSULE(S) BY MOUTH *REF 7 DAYS BEFORE 8/9/2015
DAILY

6 CAP Total Qty    0 REFILLS
6 CAP - Each

**OMEPRAZOLE 20MG CAP DR**
Generic for: PRILOSEC
1 of 1          ACQ JMM BNC MISP     62175011843 KREME
MISS STATE PENITENTIARY

Reordered By
Order Date
Received By
Start Date

C15

#30

Case no. 4:15cv12 cms-smv    motion in Federal court

EXHiBit #00755

020





OMEPRAZOLE 20MG DR CAP
51555437 EVANS, TIMOTHY
08/07/15    10/21/16   11/04/15



Rendered

Of

Received By

Start Date

**BOSWELL** PHARMACY SERVICES, LLC  DEA# BB5804542
131 Schoolhouse Road, Jennerstown, PA 15547 • 1-888-688-3288

Rx# 51555437-3    10/21/2015   11/04/15   BROWN, A
29J   EVANS, TIMOTHY   100345
TAKE 1 CAPSULE(S) BY MOUTH *REF 7 DAYS BEFORE 11/4/2015
DAILY

14 CAP Total Qty    0 REFILLS
14 CAP - Each

**OMEPRAZOLE 20MG DR CAP**
Generic for: PRILOSEC
1 of 1    ACQ JMM  BNC MISP

00781279010 SANDO
MISS STATE PENITENTIAR'



EXHIBIT # 00024



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Earnest Lee Superintendent
Mississippi State Penitentiary

Post Office Box 1057
Parchman, Mississippi 38738
(662)745-6611

**Date:** March 25, 2015

**To:** Offender Timothy Evans #100345, Unit 29J

**From:** Case Manager Mary Cotton, Unit 29J

**Re:** Correspondence to Warden Timothy J. Morris

---------------------------------------------------------------------------------------------

Warden Morris received your correspondence, regarding your medical issues and housing concerns. I have been designated to address these concerns. Your medical concerns will have to be handled, via Wexford medical staff. In regards to your housing, your move to the bottom tier was not a temporary move. It was approved by Superintendent Lee based on the medical profile, provided by Wexford medical staff.

Pc: Offender's file
file

### CAPITAL DEFENSE COUNSEL
*A Division of the Office of State Public Defender*

005.1

# 978

André de Gruy
Capital Defender

*EXHIBIT 4:15CU72 Evans v. Santos*

August 10, 2014

To whom it may concern:

 Mr. Timothy Evans has my permission to use any communication between myself and individuals at the MDOC concerning his medical treatment there as an exhibit in any civil litigation in which he is engaged.

Yours truly,

Alison Steiner
Direct line: 601-576-3214
Email: astei@ospd.ms.gov

**0052**

**Alison Steiner**

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Wednesday, August 13, 2014 4:05 PM |
| **To:** | 'Norris, Jim'; gperry@mdoc.state.ms.us |
| **Subject:** | My client Timothy Evans MDOC 100345 -- Medication issues |

Dear Mr. Norris and Dr. Perry:

I am hopeful that one or the other of you can get this matter to the appropriate person or office for resolution, and thank you in advance for your assistance in doing so.

Mr. Evans has told me that up till now, he has regularly been receiving two chronic care daily medications, both in 30 dose pill paks: HCTZ for high blood pressure and Prilosec 40 mg for acid reflux. He continued getting those medications on a per day delivery while he was hospitalized earlier this month, and was told by Dr. Santos that an order was in place for Mr. Evans to continue those medications after his return to his unit.

However, since his return to Unit 29, this has not happened. Mr. Evans has not received either his usual chronic care refill of those medicines or been given those medications on a per day basis, as would be expected if for any reason he was not permitted to get multi-dose paks. His last 30 day pill pak ran out shortly after his return to the unit on August 4. Mr. Evans tells me that he now is having difficulty keeping his food down as a result of having no Prilosec, and is concerned that his blood pressure is not under control, as well.

Mr. Evans has contacted the nurse about this, and was told that there are not, at present, any orders for him to receive these medications. A complaint to the guard staff raising this and other more general matters was handled without any reference or response to that particular issue.

It seems like some sort of communication error has occurred in getting Dr. Santos's continuation of medication order to the pharmacy or unit nurse. I would appreciate it if you could refer this problem to the person or office you think most likely to resolve it.

Thank you for your assistance.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2316 (office)
      601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

005.2

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.

-----Original Message-----
From: Perry, Gloria [mailto:gperry@mdoc.state.ms.us]
Sent: Wednesday, August 13, 2014 5:35 PM
To: Madubuonwu, Paul
Cc: Alison Steiner; Norris, Jim
Subject: Re: My client Timothy Evans MDOC 100345 -- Medication issues

Thank you,

Gloria Perry, MD

On Aug 13, 2014, at 4:59 PM, "Madubuonwu, Paul"
<PMadubuonwu@mdoc.state.ms.us<mailto:PMadubuonwu@mdoc.state.ms.us>> wrote:

Dear Dr. Perry,

Please due to a glitch in the system the patient did not get his medications as he should. We are right away giving him a 3 days medication supply from MSP pharmacy and hopefully he will get the full complement of his medications from Boswell in the next few days.

Thanks you and have a good evening.

Paul.

From: Perry, Gloria
Sent: Wednesday, August 13, 2014 4:22 PM
To: Thomas, Vickie
Cc: Evans, Norma; Madubuonwu, Paul
Subject: FW: My client Timothy Evans MDOC 100345 -- Medication issues

Please provide a response for the below concern for Inmate Timothy Evans (#100345). Thank you

From: Alison Steiner [mailto:AStei@ospd.ms.gov]
Sent: Wednesday, August 13, 2014 4:07 PM
To: Norris, Jim; Perry, Gloria
Subject: My client Timothy Evans MDOC 100345 -- Medication issues

Dear Mr. Norris and Dr. Perry:

I am hopeful that one or the other of you can get this matter to the appropriate person or office for resolution, and thank you in advance for your assistance in doing so.

*005.3*

**Alison Steiner**

| | |
|---|---|
| **From:** | Norris, Jim <JNORRIS@mdoc.state.ms.us> |
| **Sent:** | Thursday, November 20, 2014 12:27 PM |
| **To:** | Alison Steiner |
| **Subject:** | RE: Timothy Evans  MDOC # 100345 - follow up |

I do not know the time frame but will forward this to the people who should be able to provide that information.

-----Original Message-----
From: Alison Steiner [mailto:AStei@ospd.ms.gov]
Sent: Thursday, November 20, 2014 12:23 PM
To: Norris, Jim
Subject: RE: Timothy Evans MDOC # 100345 - follow up

Jim,

Thanks for your help getting Mr. Evans' chronic care treatment issues moved forward last month.  As promised, Mr. Evans has his medications and was seen by U-29 medical.  Dr. Santos has added Evans' back and leg pain conditions to his treatment regime.  Dr. Santos also told Evans that he would  make a medical request that Mr. Evans be rehoused in a ground floor cell so that Evans does not have to go up and down stairs for things that occur on the lower level, like legal visits and outside exercise.

It has now been three weeks since that request was made.  Mr. Evans met with Captain Norris yesterday on its status and is grateful for the time the Captain gave him.  Captain Norris confirmed that Dr. Santos' medical request had been received and is being acted on.  Captain Norris also told Mr. Evans that he does have available space for making such a move, if it is approved.  Captain Norris also said he has passed the request  up the chain of command for the necessary security approvals.  As I understand it, that includes approval by the Superintendent.

Is there something more Mr. Evans needs to ask his Dr. to provide, or that he needs to do himself, to ensure that this matter is considered as soon as it can be at whatever levels remain to consider it ?  Thanks for directing this inquiry to the appropriate people, and letting me know what to tell Mr. Evans about time frame.

Hope you are still ice free, and that you have a Happy Thanksgiving.

Cordially,


Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St.  Suite 604
Jackson, MS  39201
Ph:  601-576-2316 (office)
      601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

*005.3*

## Alison Steiner

| | |
|---|---|
| **From:** | Turner, Marshal <MTurner@mdoc.state.ms.us> |
| **Sent:** | Monday, November 24, 2014 8:28 AM |
| **To:** | Alison Steiner; Santos, Juan |
| **Cc:** | Lee, Earnest; Norris, Jim; Morris, Norris J.; Blair, Tommy; Murry, Ruby; Harris, Nathan; Banks, Wendell; Reddics, Shirley |
| **Subject:** | Timothy Evans #100345 |

Sir, your correspondence request has been received by me and the Superintendent s office. On 11-23-14 I did interview your client and discovered through him that a request to move to another cell was suppose to be initiated by his doctor (Santos) Submitting a medical request detailing the reason and conditions that substantiate the request. Commander Morris states, he is still waiting on the paperwork.

Once Doctor Santos submit the request to Commander Morris or Lt. Harris who supervise unit 29-J we can move forward to gain approval/disapproval by the Superintendent. We will not consider a move without proper medical documentation. Thanks.

Sent from my Windows Phone

1

005.3

**Alison Steiner**

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Monday, December 01, 2014 1:14 PM |
| **To:** | 'Turner, Marshal'; Santos, Juan |
| **Cc:** | Lee, Earnest; Norris, Jim; Morris, Norris J.; Blair, Tommy; Murry, Ruby; Harris, Nathan; Banks, Wendell; Reddics, Shirley |
| **Subject:** | RE: Timothy Evans #100345 |

Thank you all so much for your help on this. I have passed the information on to Mr. Evans, who is also grateful.

When I spoke to him, he mentioned that he had not received his December renewal for his chronic care medications (prilosec, HCTZ) which will run out on Wednesday, though usually he would have gotten the paks by now.

Thanks for any assistance you can give us on that, as well.

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2316 (office)
      601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.

-----Original Message-----
From: Turner, Marshal [mailto:MTurner@mdoc.state.ms.us]
Sent: Monday, November 24, 2014 8:28 AM
To: Alison Steiner; Santos, Juan
Cc: Lee, Earnest; Norris, Jim; Morris, Norris J.; Blair, Tommy; Murry, Ruby; Harris, Nathan; Banks, Wendell; Reddics, Shirley
Subject: Timothy Evans #100345

1

Sir, your correspondence request has been received by me and the Superintendent s office. On 11-23-14 I did interview your client and discovered through him that a request to move to another cell was suppose to be initiated by his doctor (Santos) Submitting a medical request detailing the reason and conditions that substantiate the request. Commander Morris states, he is still waiting on the paperwork.

Once Doctor Santos submit the request to Commander Morris or Lt. Harris who supervise unit 29-J we can move forward to gain approval/disapproval by the Superintendent. We will not consider a move without proper medical documentation. Thanks.

Sent from my Windows Phone

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.

-----Original Message-----
From: Norris, Jim [mailto:JNORRIS@mdoc.state.ms.us]
Sent: Tuesday, December 02, 2014 8:18 AM
To: Alison Steiner
Subject: Timothy Evans

He should get his medicine Wednesday.


Jim

James M. "Jim" Norris
Special Assistant Attorney General/MDOC
Box 36
Parchman, MS 38738
jnorris@mdoc.state.ms.us
Office 662-745-6611 x 4159
Mobile 662-719-2007
Fax 662-745-2959

*EXHIBIT # 005B — FEBRUARY 2015, 19th.*
*CIVIL ACTION 2015-0022*

Alison Steiner · Timothy Evans

**From:**       Alison Steiner                                    *005.3*
**Sent:**        Wednesday, December 03, 2014 11:09 AM
**To:**           'Norris, Jim'           *I Hereby Authorize copies*
**Subject:**    RE: Timothy Evans     *To Be Made For Above civil Action*
                          *Because Attorney Steiner is my Legal*
                          *Counsel Representative*

Jim

Sorry to bother you again.

I just spoke to Mr. Evans. I had reassured him yesterday on the basis of your note that his chronic care medications would be there today. However, he just called me and told me that neither the nurse nor the EMT who saw him this morning had his medication paks. Each also told him there was no order in the computer for them as of this morning before they came to the unit, but that they would make inquiries of the doctor on this.

I realize that there is a lockdown in Unit 29 that may have complicated things, and I continue to trust that the medications will in fact be ordered and delivered today. Nonetheless, I thought I would let you know that they were not brought during the regular nursing and medical rounds at 29 J this morning.

Thanks for passing this on to whoever needs to follow through.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2316 (office)
      601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

*REDACTED IS CONFIDENTIAL ATTORNEY CLIENT PRIVELEDGE.*

1

*Timothy Evans*

EXHIBIT#0095    005.4

**Alison Steiner**

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Friday, May 29, 2015 4:01 PM |
| **To:** | 'Norris, Jim'; Perry, Gloria |
| **Subject:** | Timothy Evans MDOC #100345 |

Dear Mr. Norris and Dr. Perry:

You have previously been most helpful in assisting me with chronic care medical treatment issues attending Mr. Evans. I am happy to tell you --and thank you both for any efforts that have resulted in this – that with only one exception everything seems to have been resolved.

The only exception is some uncertainty on whether he is or is not on chronic care status for his recurrent GERD (acid reflux) problems, including receiving prilosec as a chronic care medication for it. In early May, he was told that his prilosec was being discontinued as a chronic care medication, and he was not given a renewal supply. On May 17 he was hospitalized when he had serious gastrointestinal problems resulting from that discontinuance. He was given a 30 day supply of prilosec on discharge, and was told that he would be reviewed for chronic care status on that medication in follow up before that supply expired.

Though he still has more than two weeks supply presently in hand, he is concerned that with everything attending transfer to the new medical contract provider next week this review may not be taken timely. He has put in for a medical call to discuss this, but I am also alerting you to the reason for his doing so, in case the transfer process needs to be adjusted in his case to ensure a timely response.

Thank you for forwarding this inquiry to the proper people to take care of it. I hope you have a pleasant weekend.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you

*EXHIBIT# 0096* 0054

**Alison Steiner**

| | |
|---|---|
| **From:** | Perry, Gloria <gperry@mdoc.state.ms.us> |
| **Sent:** | Monday, June 01, 2015 1:36 PM |
| **To:** | Alison Steiner |
| **Cc:** | Norris, Jim |
| **Subject:** | RE: Timothy Evans MDOC #100345 |

Attorney Steiner,
I forwarded your concern to the site medical director at MSP for review of Inmate Evans' medications and response.
Thank you, Dr. Perry

**From:** Alison Steiner [mailto:AStei@ospd.ms.gov]
**Sent:** Friday, May 29, 2015 4:08 PM
**To:** Norris, Jim; Perry, Gloria
**Subject:** Timothy Evans MDOC #100345

Dear Mr. Norris and Dr. Perry:

You have previously been most helpful in assisting me with chronic care medical treatment issues attending Mr. Evans. I am happy to tell you —and thank you both for any efforts that have resulted in this — that with only one exception everything seems to have been resolved.

The only exception is some uncertainty on whether he is or is not on chronic care status for his recurrent GERD (acid reflux) problems, including receiving prilosec as a chronic care medication for it. In early May, he was told that his prilosec was being discontinued as a chronic care medication, and he was not given a renewal supply. On May 17 he was hospitalized when he had serious gastrointestinal problems resulting from that discontinuance. He was given a 30 day supply of prilosec on discharge, and was told that he would be reviewed for chronic care status on that medication in follow up before that supply expired.

Though he still has more than two weeks supply presently in hand, he is concerned that with everything attending transfer to the new medical contract provider next week this review may not be taken timely. He has put in for a medical call to discuss this, but I am also alerting you to the reason for his doing so, in case the transfer process needs to be adjusted in his case to ensure a timely response.

Thank you for forwarding this inquiry to the proper people to take care of it. I hope you have a pleasant weekend.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

1

*EXHIBIT# 0097.1 0054*

## Alison Steiner

| | |
|---|---|
| **From:** | Madubuonwu, Paul <PMadubuonwu@mdoc.state.ms.us> |
| **Sent:** | Tuesday, June 02, 2015 3:06 PM |
| **To:** | Alison Steiner |
| **Cc:** | Evans, Norma; Neil Fisher; Perry, Gloria |
| **Subject:** | RE: Timothy Evans MDOC # 100345. |

Ms. Steiner,

You are welcome. Have a great day.

*Professor & Author, Dr. Paul Madubuonwu, B.SC, BM., BCH, M.D., M.D.*
*Medical Director*
*Parchman Penitentiary*
*Hospital and Clinics*
*Parchman, MS 38768*
*662-745-6611 ext 4109*


**From:** Alison Steiner [mailto:AStei@ospd.ms.gov]
**Sent:** Tuesday, June 02, 2015 2:58 PM
**To:** Madubuonwu, Paul
**Cc:** Evans, Norma; Neil Fisher; Perry, Gloria
**Subject:** RE: Timothy Evans MDOC # 100345.

Thank you so much Dr. Madubuonw. I will reassure Mr. Evans on this point.

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.


CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.

1

**005.5**

## Alison Steiner

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Monday, June 22, 2015 10:48 AM |
| **To:** | 'Norris, Jim'; Perry, Gloria |
| **Subject:** | Timothy Evans MDOC #100345 |

Dear Mr. Norris and Dr. Perry:

I thank you and Dr. Madubuonwu very much for the prompt assistance you all were able to give me and Mr. Evans concerning his chronic care for GERD concerns. I am afraid another issue has arisen, that perhaps you might be able to shed some light upon.

As you know, several months ago, Mr. Evans was moved from an upper tier cell to a ground floor cell. He was given to understand that the move was made to accommodate the back issues for which he receives chronic care. Those problems caused difficulty with him using did the stairs when he had to do things on the ground floor, including legal visits or going outside.

He was told this morning that he will be relocated to an upper tier cell tomorrow morning. However, as far as he knows, he continues on chronic care for the back problems that necessitated the move to the ground floor in the first place. Certainly, none of his treaters have told him that his condition has improved so much that he no longer needs the accomodation, or that they have approved the relocation.

I fully appreciate that cell assignment is primarily the province of administration and security. However, where there are medical considerations, it was my understanding that the medical team was also a party to the decision making.

Has this move been authorized by medical, and if not, is there any way medical can be asked for its input before it is?

I appreciate any help you can give in directing these questions to whoever can answer them.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named

1

EXHIBIT # 00 98.1    005.5

**Alison Steiner**

| | |
|---|---|
| **From:** | Norris, Jim <JNORRIS@mdoc.state.ms.us> |
| **Sent:** | Tuesday, June 23, 2015 8:37 AM |
| **To:** | Alison Steiner |
| **Subject:** | RE: Timothy Evans MDOC #100345   NAMED INDIVIDUAL. |

I forwarded your concerns.


    Jim
James M. "Jim" Norris
Special Assistant Attorney General /
Mississippi Department of Corrections
P. O. Box 36
Parchman, Mississippi 38738
jnorris@mdoc.state.ms.us
Office 662-745-6611 x 4159
Mobile 662-719-2007
Fax 662-745-2959

      Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  The communication may contain information that is proprietary,  privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee,  you are not authorized to read,  print,  retain, copy or disseminate this message or any part of it.   If you have received this message in error,  please notify the sender immediately by email and delete all copies of the message.


-------- Original message --------
From: Alison Steiner <AStei@ospd.ms.gov>
Date: 06/22/2015 10:52 AM (GMT-06:00)
To: "Norris, Jim" <JNORRIS@mdoc.state.ms.us>, "Perry, Gloria" <gperry@mdoc.state.ms.us>
Subject: Timothy Evans MDOC #100345

Dear Mr. Norris and Dr. Perry:

I thank you and Dr. Madubuonwu very much for the prompt assistance you all were able to give me and Mr. Evans concerning his chronic care for GERD concerns.  I am afraid another issue has arisen, that perhaps you might be able to shed some light upon.

As you know, several months ago, Mr. Evans was moved from an upper tier cell to a ground floor cell.  He was given to understand that the move was made to accommodate the back issues for which he receives chronic care. Those problems caused difficulty with him using  did the stairs when he had to do things on the ground floor, including  legal visits or going outside.

He was told this morning that he will be relocated to an upper tier cell tomorrow morning.  However, as far as he knows, he continues on chronic care for the back problems that necessitated the move to the ground floor in the first place.

Certainly, none of his treaters have told him that his condition has improved so much that he no longer needs the accomodation, or that they have approved the relocation.

I fully appreciate that cell assignment is primarily the province of administration and security. However, where there are medical considerations, it was my understanding that the medical team was also a party to the decision making.

Has this move been authorized by medical, and if not, is there any way medical can be asked for its input before it is?

I appreciate any help you can give in directing these questions to whoever can answer them.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov<mailto:alison@capdefcounsel.com>

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov<mailto:astei@ospd.ms.gov>.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com<mailto:alison@capdefcounsel.com> and as2314@bellsouth.net<mailto:as2314@bellsouth.net> ) no longer exist, and emails sent to them will not be delivered to me.

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.

2

*005.6*

**Alison Steiner**

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Monday, August 31, 2015 4:56 PM |
| **To:** | 'Madubuonwu, Paul' |
| **Cc:** | Evans, Norma; Perry, Gloria; 'Norris, Jim' |
| **Subject:** | Timothy Evans MDOC # 100345. |

Dear Dr. Madubuonwu:

Earlier this summer you were able to resolve some issues Mr. Evans was having with his medical treatment while incarcerated at MSP Unit 29-J. Another issue has arisen, unfortunately, and I am contacting you for assistance again.

Mr. Evans tells me that during his August 13 medical exam by Dr. Santos and Nurse Brenda Horn they examined some skin lesions on his face and head. It was his understanding that Dr. Santos was sufficiently concerned about recent changes in these lesions to order follow up testing on them. Mr. Evans though that that such testing – which he understood to be a "biopsy" to determine if either lesion was cancerous -- was ordered in writing by Dr. Santos at that time.

This follow up has not yet occurred. If Mr. Evans is correct and Dr. Santos has ordered a biopsy to either confirm or rule out a skin cancer, it would seem that this should happen sooner rather than later, and that any problems can be dealt with promptly.

If Mr. Evans is mistaken, and misunderstood what Dr. Santos was telling him, I would hope that his doctor can explain that to Mr. Evans as soon as possible. Whether or not Mr. Evans's undersanding of what he was told is correct, the mere fact that he believes this to be the case is a source of great anxiety to him, as it would be to anyone who got (or believed they got) this kind of news from their treating physician.

Thanks you for looking into this for me, and letting me know what to tell my client.


Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.


CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent

1

**0057**

## Alison Steiner

| | |
|---|---|
| **From:** | Morris, Timothy <TMorris@mdoc.state.ms.us> |
| **Sent:** | Friday, October 09, 2015 2:35 PM |
| **To:** | Alison Steiner; Norris, Jim |
| **Cc:** | Hall, Charles A.; Cox, Brenda; Mills, Andrew; Reddics, Shirley; Sturdivant, Marilyn; Myles, Chasity |
| **Subject:** | RE: Timothy Evans  MDOC 100345 |

I will have my deputies to look into this ASAP. Thanks. TJM


*Thank you*
*Mr. Timothy J. Morris*
Mississippi Department Of Corrections
Warden, MSP, Area-1

"Integrity"
"Choosing your thoughts and actions
based on values rather than personal gain."
"Doing the right thing when
no one else is around."

**From:** Alison Steiner [mailto:AStei@ospd.ms.gov]
**Sent:** Friday, October 09, 2015 10:48 AM
**To:** Norris, Jim
**Cc:** Hall, Charles A.; Morris, Timothy
**Subject:** Timothy Evans MDOC 100345

Dear Jim,

I am being told by Mr. Evans that for some reason the officers on his tier are declining to pick up his outgoing mail, whether legal or regular.  He tells me that he is not on any kind of RVR discipline at this time, and that his building is not on any kind of lockdown that would restrict his sending mail.

Can you refer this to whoever might be able to rectify this, if it is something that should not be happening, or let me know why it is happening if it is.

Thanks.

Cordially

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St.  Suite 604
Jackson, MS   39201
Ph:  601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

1

*005.8*

## Alison Steiner

| | |
|---|---|
| **From:** | Perry, Gloria <gperry@mdoc.state.ms.us> |
| **Sent:** | Monday, November 02, 2015 12:32 PM |
| **To:** | Alison Steiner |
| **Cc:** | Norris, Jim |
| **Subject:** | RE: My client, Timoty Evans MDOC 100345 |

According to the medical record, Prilosec was also ordered on 10/29/15. The medication should arrive this week. Thank you

-----Original Message-----
From: Alison Steiner [mailto:AStei@ospd.ms.gov]
Sent: Monday, November 02, 2015 12:14 PM
To: Norris, Jim
Cc: Perry, Gloria
Subject: RE: My client, Timoty Evans MDOC 100345

Thank you, Jim, for passing our previous request onto the chief nurse.

Mr. Evans, along with others on his tier, did have sick call on October 29. However, thought Mr. Evans, like the others, received most of his medications on Saturday, one of them -- his prilosec for GERD -- was not delivered.

He was not told by either the Nurse or Dr. Santos that his medical condition had changed, so we assume this was an oversight. But his last prilosec refill runs out later this week. The last time he went without it, he did require hospitalization, so I would again appreciate any help you can give in finding out when this final medication will be delivered

Cordially,

Alison Steiner

-----Original Message-----
From: Norris, Jim [mailto:JNORRIS@mdoc.state.ms.us]
Sent: Wednesday, October 28, 2015 2:23 PM
To: Alison Steiner
Subject: RE: My client, Timoty Evans MDOC 100345

I have forwarded this to the Director of Nurses.
She should be able to handle this.


Jim
James M. "Jim" Norris
Special Assistant Attorney General /
Mississippi Department of Corrections
P. O. Box 36
Parchman, Mississippi 38738
jnorris@mdoc.state.ms.us

1

*Case no. 4:15cv72 DMB-JMV Exhibit # ccec. 18          pg. 18 of 27*

**Alison Steiner**

| | |
|---|---|
| **From:** | Perry, Gloria <gperry@mdoc.state.ms.us> |
| **Sent:** | Monday, November 02, 2015 12:32 PM |
| **To:** | Alison Steiner |
| **Cc:** | Norris, Jim |
| **Subject:** | RE: My client, Timoty Evans MDOC 100345 |

According to the medical record, Prilosec was also ordered on 10/29/15. The medication should arrive this week. Thank you

-----Original Message-----
From: Alison Steiner [mailto:AStei@ospd.ms.gov]
Sent: Monday, November 02, 2015 12:14 PM
To: Norris, Jim
Cc: Perry, Gloria
Subject: RE: My client, Timoty Evans MDOC 100345

Thank you, Jim, for passing our previous request onto the chief nurse.

Mr. Evans, along with others on his tier, did have sick call on October 29. However, thought Mr. Evans, like the others, received most of his medications on Saturday, one of them -- his prilosec for GERD -- was not delivered.

He was not told by either the Nurse or Dr. Santos that his medical condition had changed, so we assume this was an oversight. But his last prilosec refill runs out later this week. The last time he went without it, he did require hospitalization, so I would again appreciate any help you can give in finding out when this final medication will be delivered

Cordially,

Alison Steiner

-----Original Message-----
From: Norris, Jim [mailto:JNORRIS@mdoc.state.ms.us]
Sent: Wednesday, October 28, 2015 2:23 PM
To: Alison Steiner
Subject: RE: My client, Timoty Evans MDOC 100345

I have forwarded this to the Director of Nurses.
She should be able to handle this.


   Jim
James M. "Jim" Norris
Special Assistant Attorney General /
Mississippi Department of Corrections
P. O. Box 36
Parchman, Mississippi 38738
jnorris@mdoc.state.ms.us

1

005.9

**Alison Steiner**

| | |
|---|---|
| **From:** | Perry, Gloria <gperry@mdoc.state.ms.us> |
| **Sent:** | Tuesday, December 29, 2015 3:47 PM |
| **To:** | Alison Steiner |
| **Cc:** | Norris, Jim |
| **Subject:** | FW: Timothy Evans MDOC # 100345 |

Please see the response below from medical staff. Sincerely, Dr. Perry

**From:** Knighten, Willie
**Sent:** Tuesday, December 29, 2015 3:30 PM
**To:** Perry, Gloria <gperry@mdoc.state.ms.us>; Thomas, Vickie <VIThomas@mdoc.state.ms.us>
**Subject:** RE: Timothy Evans MDOC # 100345

Dr. Perry,

I reviewed Mr. Evans chart and talked with the medication distribution nurse. Mr. Evans received Prilosec on 11/3/15 and on 12/4/15. Nurse Davis advised me that Mr. Evans stated he had put in a refill last week and that she told him he would probably not get it until next week since last week was too soon to fill. He does have a current order for Prilosec in the EMR and since he received meds on 12/4/15, he should not be out yet.

Thank you.

**Willie Knighten, MS, MT(ASCP)**
Site Manager
Mississippi State Penitentiary
P.O. Box E, HWY 49W
Parchman, MS 38738
**Centurion**
Phone: (662) 745-6611 ext. 4105

**From:** Perry, Gloria
**Sent:** Tuesday, December 29, 2015 12:38 PM
**To:** Knighten, Willie <WIKnighten@mdoc.state.ms.us>; Thomas, Vickie <VIThomas@mdoc.state.ms.us>
**Subject:** FW: Timothy Evans MDOC # 100345

Please review and provide a response. Thank you

**From:** Alison Steiner [mailto:AStei@ospd.ms.gov]
**Sent:** Tuesday, December 29, 2015 12:18 PM
**To:** Norris, Jim <JNORRIS@mdoc.state.ms.us>; Perry, Gloria <gperry@mdoc.state.ms.us>
**Subject:** Timothy Evans MDOC # 100345

Dear Dr. Perry & Mr. Norris:

I am once again hoping one of you can direct this inquiry to the proper responder.

Mr. Evans tells me that at his last chronic care medical call on 12/17 he was informed that his conditions were all unchanged, and that therefore all his chronic care meds (ibuprophen, HCTZ and Prilosec) were being renewed. On 12/22 he received the ibuprophen and HCTZ as anticipated and was assured that his Prilosec was renewed and would be

1

delivered this week. Today, however, it was not brought. He was told that the Prilosec order was "cancelled" from the pharmacy computer on 12/24. As he was not seen by anyone in the interim, it appears that this may have happened in error. Thank you for any help you can give in getting that error rectified.

I hope you had a peaceful Christmas, and are looking forward to a Happy New Year.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St.  Suite 604
Jackson, MS  39201
Ph:  601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately.  My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.  It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited.  If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.



## Alison Steiner

| | |
|---|---|
| **From:** | Norris, Jim <JNORRIS@mdoc.state.ms.us> |
| **Sent:** | Tuesday, May 10, 2016 8:31 AM |
| **To:** | Alison Steiner |
| **Subject:** | [FOUND_FIN_TERM]RE: Chronic care medications issue Timothy Evans MDOC #100345 |

The appropriate people have this and will handle it.

**From:** Alison Steiner [mailto:AStei@ospd.ms.gov]
**Sent:** Monday, May 09, 2016 3:05 PM
**To:** Norris, Jim
**Subject:** Chronic care medications issue Timothy Evans MDOC #100345

Dear Jim,

Timothy Evans called today to report that after several satisfactory months, he is once again having difficulty with his chronic care medications.

This time it is the ibuprophen that he receives for chronic back pain resulting from degenerative arthritis and spondylolisthesis that was first diagnosed during a prior MDOC incarceration over 5 years ago. His condition and the need for medication was reaffirmed by s-ray study during Mr. Evans annual evaluation in November 2015. At that time, Dr. Santos confirmed the prescription for ibuprophen, which according to the most recent renewal information on the blister packs he has been furnished monthly since the November evaluation, was to run through July of this year.

Unfortunately, although the 30 day supply of ibuprophen given him in early April ran out on schedule last week, Mr. Evans has not yet received his new one that should have been given him at that time. As Mr. Evans has not been re-evaluated by the doctor—and his condition is one that is clearly degenerative and chronic -- there is obviously no medical basis or order to stop this treatment.

Can you please pass this inquiry on to whoever in medical needs to act to correct this error.

Thank you for your help

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

Case No. 4:15 cv 72 DMB-JMV    exhibit # 999    O41

## Alison Steiner

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Tuesday, September 13, 2016 11:12 AM |
| **To:** | Perry, Gloria |
| **Subject:** | Chronic care medications and skin lesion treatment ordered for Timothy Evans MDOC # 100345 MSP Unit 29J |

Dear Dr. Perry,

I am advised by my client Timothy Evans that his chronic care prescription for Ibuprophen to treat skeletal back pain from injuries long predating his incarceration  has not been refilled and that he has now been without that medication for nearly two weeks.  He also tells me that Dr. Kuper scheduled him to have a skin lesion on one of his ears taken off during the last week in August, but that he was not transported for that appointment, and has not received that treatment to this date.

Can you please check with MDOC medical and determine why he is not receiving his prescribed treatments.  I recognize that he does have pro se litigation pending on prior failures to treat, but that does not relieve the physcians from their hypocratic oaths or the MDOC from its constitutional duty to provide those in its custody with medical care.  If the medical professionals assigned to treat Mr. Evans decline to do so and MDOC does not provide alternative medical care, then both of these things are being violated.

Thank you for letting me know the results of your inquiries, and when I may tell Mr. Evans that his Ibuprophen will resume and his skin lesions taken care of before they become cancerous.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St.  Suite 604
Jackson, MS   39201
Ph:   601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is  effective immediately.  My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited.  If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.



# Alison Steiner

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Tuesday, September 20, 2016 11:17 AM |
| **To:** | Perry, Gloria |
| **Cc:** | Lee, Earnest (ELee@mdoc.state.ms.us); tmorris@mdoc.state.ms.us |
| **Subject:** | Timothy Evans MDOC # 100345 MSP Unit 29J -- further medication discontinuance |

Dear Dr. Perry:

I have not yet heard back from you on my note sent a week ago about two specific issues my client was then having with provision of medical care. I am now advised that neither of those omissions has been ameliorated. In addition, Mr. Evans has been told by the individual providing routine care on the tier that none of his chronic care medications have been renewed. This, in effect, means care for his chronic conditions (psoriasis, skeletal back pain, acid reflux) has been discontinued by default in the absence of any determination by a physician that those conditions have been ameliorated or cured, or creation of an alternative care plan if they have not.

I hope that this is not what has happened. I am sure that if it has, however, it is not in keeping with either the policies of the MDOC or the minimum requirements of acceptable medical care or the standards I know you attempt to uphold for its provision my the MDOC.

Thank you for your assistance in this matter. I look forward to hearing back from you or from the individual to whom you have delegated the responsibility to resolve these issues.

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
Email: astei@ospd.ms.gov

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.

**From:** Alison Steiner
**Sent:** Tuesday, September 13, 2016 11:12 AM
**To:** Perry, Gloria
**Subject:** Chronic care medications and skin lesion treatment ordered for Timothy Evans MDOC # 100345 MSP Unit 29J

Dear Dr. Perry,

I am advised by my client Timothy Evans that his chronic care prescription for Ibuprophen to treat skeletal back pain from injuries long predating his incarceration has not been refilled and that he has now been without that medication for nearly two weeks. He also tells me that Dr. Kuper scheduled him to have a skin lesion on one of his ears taken off

during the last week in August, but that he was not transported for that appointment, and has not received that treatment to this date.

Can you please check with MDOC medical and determine why he is not receiving his prescribed treatments. I recognize that he does have pro se litigation pending on prior failures to treat, but that does not relieve the physcians from their hypocratic oaths or the MDOC from its constitutional duty to provide those in its custody with medical care. If the medical professionals assigned to treat Mr. Evans decline to do so and MDOC does not provide alternative medical care, then both of these things are being violated.

Thank you for letting me know the results of your inquiries, and when I may tell Mr. Evans that his Ibuprophen will resume and his skin lesions taken care of before they become cancerous.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St. Suite 604
Jackson, MS 39201
Ph: 601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
email: astei@ospd.ms.gov

PLEASE NOTE AND CORRECT YOUR ADDRESS BOOK AND OTHER CONTACT INFORMATION FOR ME TO REFLECT THE CHANGE IN MY WORK EMAIL ADDRESS TO THE ONE SHOWN ABOVE: astei@ospd.ms.gov.

This change is effective immediately. My former email addresses (alison@capdefcounsel.com and as2314@bellsouth.net ) no longer exist, and emails sent to them will not be delivered to me.

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.

0422

Sent from my Samsung device

-------- Original message --------
From: "Morris, Timothy" <TMorris@mdoc.state.ms.us>
Date: 9/20/16 12:20 PM (GMT-06:00)
To: "Knighten, Willie" <WIKnighten@mdoc.state.ms.us>, "Thomas, Vickie" <VIThomas@mdoc.state.ms.us>,
"Gregory, Dennis" <DGregory@mdoc.state.ms.us>
Cc: "Cox, Brenda" <BRCox@mdoc.state.ms.us>, "Flagg, Verlena" <VFlagg@mdoc.state.ms.us>, "Howard,
Chinetha" <CHoward@mdoc.state.ms.us>, "Morris, Timothy" <TMorris@mdoc.state.ms.us>, "Patton,
Marilyn" <MPatton@mdoc.state.ms.us>, "Reddics, Shirley" <SReddics@mdoc.state.ms.us>
Subject: FW: Timothy Evans MDOC # 100345 MSP Unit 29J -- further medication discontinuance

FYI........


**Thank you**
**Mr. Timothy J. Morris**
Mississippi Department Of Corrections
Warden, MSP, Area-1
"mission to exceed the status quo"

**"Integrity"**
"Choosing your thoughts and actions
based on values rather than personal gain."
"Doing the right thing when
no one else is around."


**From:** Alison Steiner [mailto:AStei@ospd.ms.gov]
**Sent:** Tuesday, September 20, 2016 11:22 AM
**To:** Perry, Gloria <gperry@mdoc.state.ms.us>
**Cc:** Lee, Earnest <ELee@mdoc.state.ms.us>; Morris, Timothy <TMorris@mdoc.state.ms.us>
**Subject:** Timothy Evans MDOC # 100345 MSP Unit 29J -- further medication discontinuance

Dear Dr. Perry:

I have not yet heard back from you on my note sent a week ago about two specific issues my client was then having with
provision of medical care. I am now advised that neither of those omissions has been ameliorated. In addition, Mr.
Evans has been told by the individual providing routine care on the tier that none of his chronic care medications have
been renewed. This, in effect, means care for his chronic conditions (psoriasis, skeletal back pain, acid reflux) has been
discontinued by default in the absence of any determination by a physician that those conditions have been ameliorated
or cured, or creation of an alternative care plan if they have not.

I hope that this is not what has happened. I am sure that if it has, however, it is not in keeping with either the policies
of the MDOC or the minimum requirements of acceptable medical care or the standards I know you attempt to uphold
for its provision my the MDOC.

Thank you for your assistance in this matter. I look forward to hearing back from you or from the individual to whom
you have delegated the responsibility to resolve these issues.

Alison Steiner

**Alison Steiner**

| | |
|---|---|
| **From:** | Gregory, Dennis <DGregory@mdoc.state.ms.us> |
| **Sent:** | Wednesday, September 21, 2016 5:56 AM |
| **To:** | Alison Steiner |
| **Cc:** | Perry, Gloria; Lee, Earnest; Morris, Timothy |
| **Subject:** | [FOUND_FIN_TERM]FW: Timothy Evans MDOC # 100345 MSP Unit 29J -- further medication discontinuance |

Ms. Steiner,

Please see Ms. Knighten's comments regarding Timothy Evans MDOC 100345. Thank you for your correspondence.

*Dennis*

Dennis F. Gregory MS LMFT CCHP
MDOC Mental Health Director
Cell: 662-588-7799
Office: 601-359-3718
Email: DGregory@mdoc.state.ms.us

**From:** Knighten, Willie
**Sent:** Tuesday, September 20, 2016 4:25 PM
**To:** Gregory, Dennis <DGregory@mdoc.state.ms.us>
**Subject:** RE: Timothy Evans MDOC # 100345 MSP Unit 29J — further medication discontinuance

He is receiving medications; Dr. Kuiper did say that he has a tiny growth on one of his ears that he is considering removing but it is not urgent. He will be scheduled soon to have it looked at again.

**Willie Knighten, MS, MT(ASCP)**
Health Services Administrator
Mississippi State Penitentiary
P.O. Box E, HWY 49W
Parchman, MS 38738
**⊞ Centurion**
Phone: (662) 745-6611 ext. 4105

**From:** Gregory, Dennis
**Sent:** Tuesday, September 20, 2016 12:42 PM
**To:** Morris, Timothy <TMorris@mdoc.state.ms.us>; Knighten, Willie <WIKnighten@mdoc.state.ms.us>; Thomas, Vickie <VIThomas@mdoc.state.ms.us>
**Cc:** Cox, Brenda <BRCox@mdoc.state.ms.us>; Flagg, Verlena <VFlagg@mdoc.state.ms.us>; Howard, Chinetha <CHoward@mdoc.state.ms.us>; Patton, Marilyn <MPatton@mdoc.state.ms.us>; Reddics, Shirley <SReddics@mdoc.state.ms.us>
**Subject:** RE: Timothy Evans MDOC # 100345 MSP Unit 29J — further medication discontinuance

Thank you.

1

## Alison Steiner

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Thursday, November 10, 2016 12:00 PM |
| **To:** | 'WIKnighten@mdoc.state.ms.us'; Perry, Gloria |
| **Cc:** | 'TMorris@mdoc.state.ms.us'; 'BRCox@mdoc.state.ms.us'; 'VFlagg@mdoc.state.ms.us'; 'CHoward@mdoc.state.ms.us'; 'MPatton@mdoc.state.ms.us'; Reddics, Shirley (SReddics@mdoc.state.ms.us); Lee, Earnest (ELee@mdoc.state.ms.us); Gregory, Dennis (DGregory@mdoc.state.ms.us) |
| **Subject:** | Timothy Evans  MDOC # 100345 |

Dear Dr. Perry and Ms. Knighten;

Mr. Evans has raised two specific problems with me, and one general concern:

1. In September, you arranged for an appointment to be made for Mr. Evans to receive the promised treatment by Dr. Kuiper for some potentiallly dangerous skin lesions on his scalp and ear. He was informed that that appointment, and two other rescheduled ones had been cancelled. However, he was then told by other medical people that his chart showed that he had refused these appointments and he has not been rescheduled due to his failure to appear. He did not refuse any appointment. Indeed, he has persistently sought to be transported for those appointments and been refused. Please reschedule an appointment immediatedly for him. In addition, from now on, in order to insure that the records are accurate, we would also request that any future alleged refusal by Mr. Evans of medical care be video recorded on the video camera maintained in the unit or brought to the unit by someone from the front office. As I have observed such cameras are available on all units and are being used regularly to document matters of this nature. I am also told that they are being used for similar purposes with other inmates.

2. After a couple of successful months of prescription renewal, and the purported addition of a muscle relaxant Robaxin to his chronic care regimen for his back pain, this month Mr. Evans's prescriptions to that and two his other two chronic care medications—ibuprophen and prilosec – were not refilled at the time they ran out. He went for several days without any of them, though yesterday he did receive partial refills of the ibuprophen and prilosec. He has yet to receive any more Robaxin, and has been told that there are no orders in his chart for either it or the prilosec to be continued. As he has not seen a doctor or been told that he no longer suffers from any of the treated conditions, this appears to be a best an error, and at worst negligent refusal of medical care. Please make sure that this is rectified immediately and that protections are put in place to ensure that these kinds of delays do not occur again.

3. Mr. Evans is concerned that all of these irregularities have been exacerbated by retailiation for his ongoing litigation against the medical department over its repeated failures to provide him medical treatment sought and prescribed. If that is the case, then it would behoove MDOC to replace any medical professional who is engaging in this kind of behavior with a more professional one who can continue to provide Mr. Evans with the medical care he requires without such activities. Thank you for looking into this as well.

I look forward to hearing back from you with information on how these issues are being resolved.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division

1

From: 
Subject:
Date:
To:



From: "Perry, Gloria" <gperry@mdoc.state.ms.us>
Date: November 15, 2016 at 5:36:26 PM CST
To: "astei@ospd.ms.gov" <astei@ospd.ms.gov>
Subject: [FOUND_PHI_RECORD][FOUND_FIN_TERM]FW: Timothy Evans MDOC # 100345

Attorney Steiner,
Please see the response below from medical staff.
Sincerely, Dr. Perry

**From:** Knighten, Willie
**Sent:** Friday, November 11, 2016 4:00 PM
**To:** Perry, Gloria <gperry@mdoc.state.ms.us>
**Cc:** Gregory, Dennis <DGregory@mdoc.state.ms.us>; Lee, Earnest <ELee@mdoc.state.ms.us>; Jones, Shannon <ShannonJones@mdoc.state.ms.us>; Williams, Jerry J. <JJWilliams@mdoc.state.ms.us>
**Subject:** RE: Timothy Evans MDOC # 100345

Dr. Perry,

There is no documentation in the medical record that Mr. Timothy Evans 100345 refused any appointment nor that any staff told him that. He sees the nurse and/or the provider at least weekly. Dr. Kuiper did tell him that he would remove a sore off his head and ear at a later date, but nothing was urgent or "dangerous". We have made him an appointment at the hospital. He was approved for Robaxin on 10/3/16 for 30 days; It was not re-approved. He received Ibuprofen on 9/14, 9/23, and 10/11. He complained that he wanted 800 mg tablets instead of (2) 400 mg tabs, so the provider gave him that, which he received 10/14. He received Prilosec 9/24 and 10/14. Please let me know if there is additional information needed.

Thank you,

**Centurion**

**From:** Perry, Gloria
**Sent:** Thursday, November 10, 2016 1:01 PM
**To:** Knighten, Willie <WIKnighten@mdoc.state.ms.us>
**Cc:** Gregory, Dennis <DGregory@mdoc.state.ms.us>; Lee, Earnest <ELee@mdoc.state.ms.us>; Jones

4:15 CV 72 DMB-JMV    12-8-2016 exhibit    007

**Alison Steiner**

| | |
|---|---|
| **From:** | Alison Steiner |
| **Sent:** | Tuesday, November 29, 2016 4:09 PM |
| **To:** | 'Perry, Gloria' |
| **Cc:** | WIKnighten@mdoc.state.ms.us |
| **Subject:** | RE: Timothy Evans  MDOC # 100345 |

Dear Dr. Perry and Ms. Knighten:

While I thank you for your response to my concerns about Mr. Evans, it actually appears to confirm that there has been a serious interruption in his chronic care medication delivery, since it appears that there were no chronic care medications delivered to Mr. Evans in November at all, and that the latest medication delivery was more than 30 days before Dr. Perry's information was sent.

Mr. Evans called me yesterday and says the situation has not improved.  He informs me that the shift from 400 mg IBN to 800 mg IBN tablets for chronic back pain was in fact a considerable reduction in total daily dosage available.  He was previously receiving enough 400 mg tablets to take up to six dose of IBN per day (totalling 2400 mg – well within the maximum allowable dose, and in the recommended range for control of arthritis pain)  He tells me, however, that he has now only received enough 800 mg pills to take one dose a day, which is actually 2/3d's reduction in this medication, and falls below even the minimum recommended IBN dosage for control of arthritis pain.

He also informs me that he completely ran out of prilosec shortly before Thanksgiving, has received no renewal on that medication, and is beginning to suffer upper GI problems from his chronic acid reflux problems as a result.

I thank you for once again looking into this issue.

Cordially,

Alison Steiner
Office of the State Public Defender
Capital Defense Counsel Division
239 N. Lamar St.  Suite 604
Jackson, MS   39201
Ph:  601-576-2314 (direct line)
Fax: 601-576-2319
Cell: 504-453-1983
Email: astei@ospd.ms.gov

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.  It is legally privileged. The information it contains is confidential information and is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited.  If you have received this e-mail in error, please notify us immediately by telephone at (601) 576-2314 and by return e-mail, and delete all copies of the message from your computer.

**From:** Perry, Gloria [mailto:gperry@mdoc.state.ms.us]
**Sent:** Tuesday, November 15, 2016 5:36 PM
**To:** Alison Steiner
**Subject:** [FOUND_PHI_RECORD][FOUND_FIN_TERM]FW: Timothy Evans MDOC # 100345

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MS.
Greenville, Division

Timothy Nelson EVANS      6-14-2017

V.

CIV. ACT. NO. _____
TO Be Added By Clerk

ANGela BROWN ET, AL,
PRIVATE CONTRACTO'R

CASE Law & AUTHority, Mor-Sap For 1983 (New)

In The United States District Court
For The Northern District Of Mississippi
Greenville Division

#024
4-13-2017

Timothy N. Evans V. ~~Angela Brown~~ Angela Brown, Et. Al.
Per 1983 Rules & Guidelines, Case Law & Authority can be
included separately with 1983 To Supplement: Retaliation
& Also 1983, 1985 (3)

Plaintiff, now enters the Court, Pro-se To present
Supplemental Case Law & Authority to the Court To
Further The Exact Deprivation & To Allow Future
Attorneys To Enter The Plaintiffs Case To Help
A Large group of men at Death Row, plus To
Present Large Presentation To Amend Civil Action
By Learned Councel to gather the changed
Outcome, Through the ensuing Litigation As A
Matter of Justice, up To & including The Filing
And Pursuit of Criminal Charges & or Fines.

Premises considered, pleading above To Be included In
The 1983 enclosed As Part of 42 U.S.C.A. conditions
of confinement.

entered, included on 4-13-2017: Timothy Nelson Evan

CONTENTS: Case Law & Authority U.S.C.A. 42-1983   I

4-13-1

RETALIATION

1) Woods v. Smith 60 F.3d 1161,1164. (5th Cir. 1995) #024

"4 PRONG TEST, 5TH CIRCUIT "A PRISON OFFICIAL MAY NOT RETALIATE AGAINST OR HARASS A INMATE FOR (omplaining THROUGH PROPER Channels ABOUT A gards CONDUCT.")

2) Estelle v. Gamble 429 U.S. 97, 99 (1976).

Deliberate Indifference steps in serious medical need CONSTITUTES UNNECESSARY & WANTON INFLICTION OF PAIN proscribed by 8th U.S.C.A. Regardless whether Indifference is manifested by prison DOCTOR in There Response to The prisoners needs or by prison guards INTENTIONALLY INTERFERING With THE TREATMENT once proscribed Regardless of How evidenced, Deliberate Indifference TO A prisoner DETAINEE serious illness IS CIVIL RIGHTS ACTION under 42 U.S.C.A. 1983 — (see pg. 2 content Also)

3) Federal Rules Evidence 803 (d) (1) (A) STATEMENT BY (made) oppenenT.

4) Monmouth CNTY. CORR. INST. INMATES v. LANZARO, 834 F 2d 326, 347 (3rd Cir. 1987) CERT. Denied. 486. United States Supreme Court 1006 (1988) Deliberate Indifference EXIST, "Where A OFFICIALS:

1) Knows That A prisoner needs For Medical TREATMENT BUT INTENTIONALLY REFUSE TO PROVIDE iT.

CONTENTS CONTINUED U.S.C.A. 1983 ie. RETALIATION #025171
4-13-20

2.) Delays Necessary medical TREATMENT based on Non-medical REASON.

3) PREVENTS A prisoner, Detainee From Recieving needed OR recommended medical TREATMENT

4 Durmer vs. Ocarroll 991 F 2d 64 (3Rd CiR. 1993)
Deliberately Delaying Necessary medical Diagnosed For a long period OF Time in order To avoid providing care constitutes Deliberate Indifference is actionable.

5 Bouse v. Plantier 182 F 3d 192 (1999 3Rd CiR.)
"persistant pain or serious medical need, A medical need is were IT is serious where IT has been Diagnosed by A physician As requiring Treatment, is so obvious THAT A Lay person would easily reconize The Necessity FOR A Doctors Attention."

6 (2) Estelle v. Gamble 429 U.S. 97,116 (1976) "clear message To prison officials THAT there Affirmative Duty under The const. To provide For the safety of Inmates is not To be Taken Lightly, prison officials maybe held liable For Failure To Remed A RISK so obvious & Substantial THAT officials MUST Have Known ABout it. prisoner need not WAIT TRAGiC Event.

· Case Law & Authority 1983. 42 U.S.C.A. Retaliation#026

<u>III</u>
4-13-201

7) <u>Estelle v. Gamble</u> i.e. Justice Marshal (7) infliction of unnecessary suffering on prisoner by failure to treat his medical needs is in consistant with contemporary standard need is inconsistant with contemporary standard of decency & <u>violates</u> the Eighth Amend. U.S.C.A. 8

8) Spring Field u. Kibbe 480 U.S. 257, 269 (1987) "It is fair to say "Indeed, fair to say acting or failing to act with deliberate indifference to a substantial risk of serious harm to a prisoner is the equivalent of recklessly disregarding that risk."

9) <u>Dennis v. Sparks</u> 449 <u>U.S. 24 (1980)</u> Joint Action Test Private Actor can have liability when actor (willfully participate in joint action with the state & that joint action causes constitutional deprivation."

10) Robinson u. California 370 U.S. 660 (1962). The command of the 8th amend. banning "cruel & unusual punishment, stems from the Bill of Rights of 1688. See State of Louisiana ex rel. Francis v. Res Weber, 329 U.S. 459, 463, 67 S.Ct. 374, 376, 91 L. Ed. 422 & it is applicable to the states by reason of the Due Process Clause of the 14th U.S.C.A.

Contents: Case Law & Authority U.S.C.A. 42-1983 #02'' IV

Follow MDOC Policy Violations: 4-13-201

25-05-B Communicable Desease practice.

25-04-B Management of Hepetitis Infections.

25-06-B Eviromental Health & Safety.

22-04-01 Special Needs Offender.

20-05-01 Protection From Harm.

22-01-01 Classification.

25-05-01 Medical Classification.

25-03-J Physical Examination.

25-05-A Responsibility of Health Authority.

UNITED STATES DISTRICT COURT
For The NORTHERN DISTRICT OF MS.
Greenville Division

6-14-2017

Timothy N. Evans

V.                    CIV. ACT.
                        to Be Added (new 1983)

ANGela Brown, ET, AL.
private CONTRACTOR

F.R.C.P. Rule 9 - special MATTERS
1988 Law & Governing CRimes & punishments
Document enclosed

In the United States District Court
For The Northern District of Mississippi
Greenville Division

6-14-2017

Timothy N. Evans

v.

~~Nathan Harris~~ ANGELA BROWN, ET, AL.

CIV. ACT. NO. _____
To Be Added By Clerk

42 U.S.C.A. 1988. proceeding, in vindication of civil rights.

Per above, plaintiff, pro-se, now enters court in response to courts memorandum May 22nd, 2017. whereby: Court Clerk had filed under reconsideration in 4:15 CV0007 DMB-JMV.

I.

Plaintiff instructs the court to file New 1983 with the court that was sent to court with that exact purpose & prison ILAP must not have included exact instruction with 80 pg. (New) 1983 Title under: 4-17-2017

A) Conditions of confinement, ie, RETALIATION & The above will be sought because of the ongoing abuse with all defendants also committing criminal acts under following Federal STATUTES Listed:

1) 42 U.S.C.A. 1983. Civil Action for deprivation of Rights. (3)
2) 42 U.S.C.A. 1985.(3) konspiracy to interfer with Civil Rights. (3)
3) 18. U.S.C.A. 3626. Appropiate remedies with respect to prison conditions.
4) 18 U.S.C.A. 1512. Tampering with a witness, victim or an informant. (in its entirety)
5) 18. U.S.C.A.1513. Retaliating against a victim, witness or an Informant
6) 18 U.S.C.A. 1514.(A) Civil action to restrain Harrasment of a victim or witness. Civil action to protect against Retaliation.
7) 18 U.S.C.A. 249 HATE CRIME ACT.

CONTINUED FROM pg. I NEW 1983- LISTING 42 USCA. 1988   Pg 2

8) 7 CONTINUED-

whoever, whether or not acting color of Law, willfolly causes
Bodily injury to any person or through the use ie, attempts to
bodily injury to any person, Because of the actual or perceived
RACE, Color, Religion or NATIONAL origin of any person,

seeking the following For ALL DEFENDANTS

249 (A) (1) (B) (i) (ii) (C) 1

(C) (1) The Term "Bodily injury" has the meaning given such terms in
SECTION- DEFINITIONS Has the Term 1365 (H)(4), But Doesn't
include solely emotional $ or psychological harm to the Victim.

(D) STATUTE OF LIMITATIONS (1)
OFFENSES NOT RESULTING IN DEATH.- ie, NOT LATER THAN AFTER
7 years. After the date on which the offense was commitment.

                    II.
                                    -   INDIVIDUALS WITH Disabilities
42 USCA.126 EQUAL opportunities For INDIVIDUALS WITH Disabilities
42 USCA.126 Subch. II, part (A) prohibition Against DISCRIMINATION
& other Generally applicable provisions.

12131, 12132, 12133, 12134.
SUBCHAPTER (IV) Miscellaneous provisions.

12203- prohibition against RETALIATION & Coercion.
12213- Severability

                    III.

1997- (A- iii) particularly 1997 (h) Notice To Federal Departments.
18 USCA. 249 (0) STATUTE OF LIMITATIONS (2)
DEATH RESULTING OFFENSES. AN INDICTEMENT OR INFORMATION
Alleging that an offense under this Section Resulted in death,
may be Found or INSTITUTED AT any Time WITHOUT LIMITATIONS.

Continued From pg. II New 1983 - Listing of Law. 42 USCA. 1988 1993

## IV.

1) MDOC MISNET CHAPTER 25 Health care at parchman
2) MDOC MISNET CHAPTER 1-44 ALL, subject to particularly named

premises considered. Plaintiff needs the above named Document to be specifically added to the New 1983, so court can properly File said Motion at the same date so that Inmate will go Forward with the 1983 New, Because of ongoing crisis withdrawal of cancer treatment. By Medical Staff at parchman, By Security Defendants Taking cancer Medication, ie, Fluorouracil (40gm) 5% CREAM. THAT Inmate went to Greenwood Cancer Center AFTER Federal civil act. No. 4:13 CV00072 MB-JMV. Doc. No. 207 court order to state Medical Defendants & Biopsy Results 11-17-2016 & 2-16-2017 Both Biopsy Results Squamous cell carcinoma. Dr. Rafique Greenwood Cancer Center - counted 51:2-16-17.

1) Actinic Keratoses - precancerous growths
2) Basal cell carcinoma
3) Squamous cell carcinoma
4) Melanoma - Deadliest Form skin cancer - early Diagnosis & treatment are crucial. Because of crisis were All Black staff & the clearly obvious Hate crimes, that have gone on For 4 yrs. come Sept. 2017 - Evans, Timothy N. asks the court to Grant injunctive Releif enclosed with Filing

Continued from Pg. III New 1983 - Listing law 1988 U.S.G.A   pg. 4

CREATE RESTRAINING ORDER AGAINST NP. BROWN, Angela who has created DANGEROUS, Hate crime acts & showed clearly Full intentions of Continued DEATH THREATS, Security (MDOC) Defendants participating By 1985 (3) By MDOC Sign into Bldg. Log sheets For 3 yrs. in Disclosure to Be ordered by Federal Judge AT OR BEFORE SPEARS HEARING. TO Further the Due diligence of the COURT TO STOP THE CRIMINAL INTENT, ACTIONS & CONTINUE Depreviation of my CIVIL RIGHTS that already caused Grave Bodily HARM, Due TO DIGITAL Medical record & also in the EXHIBITS CONTAINED in New 1983, Evans, Timothy asks THE COURT TO include THIS As PART OF ORIGINAL New 1983 & GRANT ANY OTHER RELEIF AS A MATTER OF JUSTICE.

RespectFully Submitted,
Timothy N. Evans
10035-29 J Bldg. A-16
*DEATH ROW*
PARCHMAN, Ms. 38738

PAGE 5   CERTIFICATE SERVICE   6-14-2017          pg. 6 of 6
   T. Evans v. A. Brown ET, AL.

<u>CERTIFICATE SERVICE</u>

I, Hereby ATTEST TO MAILING THRU PRISON LegaL
Dept. LISTED PARTIES Below, 1983 MOTION FOR 1988
Law governing Document 5 pgs. & 6pg. case Law & AUTHORITY
governing MDOC & SOP. Medical CONTRACTORS.


U.S. Clerk OF COURT                    SOUTHERN POVERTY Law CNTR.
PRO-SE Law Clerk                       Jody owen II, DirecToR
301 W. Commerce ST.#13                 111 E. CAPITOL STR.
ABERDEEN, MS. 39730                    SUITE 280
                                       Jackson, MS. 39201


ALISON STEINER, ESQUIRE
239 N. LAMAR STREET
 SUITE 604
Jackson, MS. 39201



Legal Mail pickup 6-15-2017  6:00 Am.

                    Timothy Evans 6-15-17

Tommy W. Evans
100345 29 J-A-16
Parchman, Ms. 38738

JACKSON
MS 390
22 JUL '17
PM 2 L

RECEIVED

JUL 24 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISS...

legal Mail

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MISSISSIPPI 88738

THE ENCLOSED LETTER HAS NEITHER BEEN OPENED
(OR INSPECTED. IF THE WRITER ENCLOSES ANY
MATERIAL NOT PERTAINING TO LEGAL BUSINESS, OR
CLOSES CORRESPONDENCE FOR FORWARDING TO
ANOTHER ADDRESSEE, PLEASE RETURN THE

U.S. POSTAGE >> PITNEY BOWES

ZIP 38738  $ 000.46
02 1W
0001376701 JUL 22 2017

Pro-Se Law Clerks office
Nothern District of Mississippi
301 W. Commerce Street
Okorbner, Ms. 38730 #13

U.S. POSTAGE >> PITNEY BOWES

ZIP 38738 $ 000.67
02 1W
0001376701 JUN 30 2017

JACKSON MS
MS 3580
30 JUN '17
PM 3 L

RECEIVED

JUL - 5 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISS.

PRo-se Law Clerks office
United States District Court
Northern District of Mississippi
301 W. Commerce St #13
Aberdeen, Ms. 39730

39730-5555555

Me. 38738
9 J - Bldg.

PENITENTIARY
ICE PROGRAM
PAID

THIS LETTER HAS BEEN OPENED

US POSTAGE >> PITNEY BOWES

ZIP 38738 $ 003.50⁰⁰
02 1W
0001376701 JUN 16 2017

RECEIVED

JUN 19 2017

U.S. DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

United States District Court

Attn: for Pro-se Law Clerk

Pro-se Law Clerk

301 W. Commerce st

Aberdeen, Ms. 39730

10034s 29 J-A-16

Parchman, Ms. 38738

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSIST. OFFICE PROGRAM
POST OFFICE BOX 10
PARCHMAN, MS. 38738

STATE POSTAGE PAID
ENCLOSED CORRESPONDENCE HAS
NOT BEEN EVALUATED AND THE STATE
IS NOT RESPONSIBLE FOR THE CONTENTS
ENCLOSES. IF THERE ARE QUESTIONS OR
ANOTHER ADDRESS IS NEEDED TO FORWARD,
SURE TO THE PROPER BUSINESS.

ATTERBERRY OFFICIAL
CONVENTIONAL