In The United States District Court
For The Northern District Of Mississippi

1 OF 6

Timothy N. Evans

v.

Angela Brown et. al.

FILED
DEC 20 2018
DAVID CREWS, CLERK
BY: _____ Deputy

Civ. Act. 4:17cv106 R.P.

11-27-2018

## Reverse 41(B) Due To Extenuating Circumstances

Due to plaintiff Evans prior document Filed, 41B F.R.C.P. Because Southern Poverty Law Center attorney Benjamin Wooley told me on August 20th, 2018, SPL Center would be filing class action law suit, due to there misrepresentation by falsely telling me they would take on Centurion of Miss. Medical Contractor, thus because of the ongoing abuse The Matthew Sheppard & James Byrd, Jr. HCPA. Evans asks the Court to see U.S. v. Jenkins, 2012 WL 4887389 (E.D. Ky 2012) ie" Since the statutes protections extends to any person who is the victim of bodily injury on the basis of his or her sexual orientation. By its terms, the court pointed out the statute doesn't provide preferential treatment only to homosexuals, but instead provides equal protection to people of all sexual orientation which would include heterosexuals also."

### I.

Evans now has emails were defendants Brown, Thomas, Knighton, created a false, negative file to stop all medical care by doing forged signature on delivery and refusal signature on refusal forms for cancer center Greenwood

I continued
to create were Evans, thus ending cancer treatment & also the very added abuse of canceling chronic care medication repeatedly per more E-mails & the very denial of acute medical conditions - Skin cancer treatment that has been stopped.

## II.

F.R.C.P. 41 Dismissal of actions without prejudice allows plaintiff thru extenuating circumstances, thus Evans didn't foresee that Attorney Benjamin Woolley not informing me falsely, he then left the state to return to Wisconsin and left Evans in limbo with his case before the court, at this time because of 4 month delay in cancer cream Aldara ie, imiquimod 5% cream packets (24) and the refusals that were created to deny cancer treatment, plus the very repeated cancellation, E-mail answer by Dr. Gloria Perry due to NP. Brown statement, then I see cancer doctor Dr. Rafique, he orders referral to cancer surgeon Dr. Bowden, (8-2-18) whereby 2 cancers lesions, 10-18-18 removed, skin graph done, complete opposite statement by NP. Brown in June 29th, 2018 sic call determined no further treatment needed yet, yet when I saw cancer oncologist Dr. Rafique, I now have 6 more black possible melanoma - most deadly cancer skin cancer & need to see Dr. Rafique to get referral

Lewis v. Casey - Supreme Court ruled to win injunction must show actual or imminent injury, imminent likely to happen soon "one doesn't have to await the consummation of the threatened injury to obtain preventive relief"

## III.

Federal Rules of Evidence 804(A) opinion based on opinion or statement of another. In June 2018 NP. Brown defendant stopped skin cancer treatment based on false statement, contrary statement by witness Dr. Rafique (for plaintiff) plus the very E-mail & subsequent action of cancer surgery on head (2) lesions removed, of the contract fraud & health care fraud, plus retaliation of federal witness, (Evans) under (18) USCA. 249 Hate Crimes Act, (18) USCA. 1512 Tampering with a witness, victim or an informant. Section 3 (3)(A)(B)(C) specifically hindering contacting Federal Judge commission of felonies federal offenses.

## IV.

Evans seeks redress because the very actions by defendants now cause alarm due to absence of cancer treatment, ie callout to see Dr. Rafique, refill on cancer creams: both Aldara & Efudex & the very basic humane medications for acute chronic care, causing hospitalization repeatedly & emails were same defendants state it is Evans fault he doesn't get regular medical care, NP Vickie Thomas sends nurses to deny, pass to others to create file saying Evans sold meds - to retaliate, I'm down to no chronic care because the discrimination to a gay man in MDOC is tantamount to completely cut off - no mail, no medical and the very basic care, Constitution of Miss. has proven not going to happen by

Evans v. Brown 4:17cv106 RP. Dated 11-27-18    Pg. 4 of 6

Creative Forgery Steps:
1) Refused to use Digital Hosp. Reciept. By Boswell, readily avaliable at every Nurse or Doctor at Parchman.
2) Taken signature by cutting off signature on one page reciept & taping to another blank thus creating that the medical defendants Thomas, Knighten & Brown.
3) The very refusal of anyone to create a system:
A) Only death row in the United States that has no cameras, nor refuses to use video camera hand held readily avaliable inside Unit 29 J-Bldg.
B) To create digital medication delivery log that nurses sign each day AM. & PM.. Readily avaliable a click of wrist at Centurion of Mississippi & MDOC, not done.
C) The created deprivation of civil rights that resulted in grave bodily harm;
 1) Denied cancer treatment — biopsies, cancer cream refills & the year refusal form — the very act is a threat to Evans life & the refusal of all MDOC to even open investigation. "Excessive Force."

V.

Premises considered, the very constitutional rights, 1st, 5th & 8th & the 14th USCA. Governing the very right of every man or women plus the Court needs to see the digital pharmacy reports & the refusals forms, plus the

Evans v. Brown 4:17cv106 RP. Dated 11-27-18 pg. 5 of 6

The 1983, 1985(3) 1988 2001 42 USCA Civil Rights Act governing institutions inside United States of American citizens, The very act of forging Evans name by deception creates certain death at the defendants hands. When the very people who are charged with providing safety, humane care or follow the MDOC. Standard operating procedures, that are violated. The very act of medical refusing me care is done repeatedly, by all Nursing Staff, NP, Medical Doctors. The contractor gets 50 million a year, yet the abuse is created & is not stopped. The reopening of my civil action & the ordering of medical records 2017 & all 2018 will show the refusals for callouts every month, The pharmacy records will show abuse by reordering the very medication that should be ongoing and as a matter of justice.

Respectfully
Timothy Delane Evans

pg. 6 of 6

# Certificate of Service

I hereby certify that Timothy Evans mailed via the ILap Dept. of MSP-MDOC at Parchman with request to provide copies to the Follow:

U.S. Clerk of Court
Pro-Se Case Manager
300 W. Commerce St. #13
Aberdeen, MS. 39730

Chief Magistrate Roy Percy
300 W. Commerce St. #13
Aberdeen, MS. 39730

U.S. Dept. of Justice
N.D. of Mississippi
911 Jackson Ave., Room 234
Oxford, Mississippi 38655

LGTB.-Rights
ACLU-Miss
P.O. Box 2242
Jackson, MS. 39225
C/o Exec. Dir Esquire
Jennifer Riley Collins

LGTB-Rights
ACLU-Mississippi
P.O. Box 2242
Jackson, MS. 39225

Timothy Evans
100345 29-J-A-16
Parchman Road 12
Parchman, Ms. 38738

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 10
STATE PARCHMAN, MS 38738
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MS 38738
THE ENCLOSED LETTER HAS NEITHER BEEN OPENED
NOR INSPECTED. IF THE WRITER ENCLOSES ANY
MATERIAL NOT PERTAINING TO LEGAL BUSINESS OR
ENCLOSES CORRESPONDENCE FOR FORWARDING TO
ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLO-
SURE TO THE...

RECEIVED
DEC 20 2018
United States District Court
Northern District of Mississippi

U.S. Clerk of Court
Prose Manager
300 W. Commerce Rd. #13
Aberdeen, Ms. 39730



U.S. POSTAGE PITNEY BOWES
ZIP 38738 $ 000.89⁰
02 4W
0000356601 DEC 07 2018