IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TIMOTHY NELSON EVANS								PLAINTIFF

v.										No. 4:17CV106 -RP

ANGELA BROWN, ET AL.								DEFENDANTS

**ORDER DENYING PLAINTIFF'S MOTION [84] TO
REINSTATE CASE, DISMISSING REMAINING MOTIONS**

This matter comes before the court on the plaintiff's motion [84] to reinstate the instant case, which he voluntarily dismissed on September 4, 2018. As the court stated in its May 1, 2018, opinion, Mr. Evans has previously raised nearly all of his present claims in a previous case – and simply fabricated those claims. Doc. 57 at 3. Given the level of dishonesty the court saw in the previous case, the court was reluctant to permit any part of this case to proceed. The court nonetheless issued summons to the defendants as to some of the claims. They were not returned executed. In his notice of voluntary dismissal, Mr. Evans stated that he wished to pursue relief through action taken by the Southern Poverty Law Center. The case was dismissed. Then, months later, Mr. Evans sought to reinstate his case, arguing that his attorney withdrew from representation. As Mr. Evans has seriously misled the court in the past – and the present case appears nearly identical to the previous one – the instant motion [84] to reinstate this case is **DENIED**. In addition, the motions remaining on the docket are **DISMISSED** as moot, as the case was closed when they were filed.

**SO ORDERED**, this, the 11th day of February, 2019.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE